**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 09-B-36439-PSH |
| | ) | Chapter 7 |
| SYSIX TECHNOLOGIES, LLC, | ) | |
| | ) | Hon. Pamela S. Hollis |
| Debtor. | ) | |
| | ) | Hearing Date:  September 13, 2012 |
| | ) | Hearing Time: 10:00 a.m. |
| | ) | |

**COVER SHEET FOR FIRST AND FINAL APPLICATION OF
LEGALPEOPLE, LLC FOR COMPENSATION OF LEGAL
SERVICES PROVIDED TO CHAPTER 7 TRUSTEE GUS A. PALOIAN
FOR THE PERIOD OF AUGUST 11, 2011 THROUGH OCTOBER 31, 2011**

Name of Applicant:                                      Legalpeople, LLC

Authorized to Provide Professional Services to:        Chapter 7 Trustee Gus A. Paloian

Date of Appointment:                                   August 11, 2011

Period for which Compensation
and Reimbursement is Sought:                           August 11, 2011 through October 31, 2011

Amount of Final Compensation Sought:                   $12,894.00

Amount of Final Expense
Reimbursement Sought:                                  None

This is a:        First and Final Application

Prior Applications:     None

Dated:  August 22, 2012

Respectfully submitted,

GUS A. PALOIAN, not individually or
personally, but solely in his capacity as the
Chapter 7 Trustee of  the Debtor's Estate,


By:/s/ James B. Sowka
    Gus A. Paloian (06188186)
    James B. Sowka (6291998)
    SEYFARTH SHAW LLP
    131 South Dearborn Street, Suite 2400
    Chicago, Illinois 60603
    Telephone:  (312) 460-5000
    Facsimile:  (312) 460-7000

    *Counsel to Chapter 7 Trustee*
      *Gus A. Paloian*

14351947v.1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 09-B-36439-PSH |
| | ) | Chapter 7 |
| SYSIX TECHNOLOGIES, LLC, | ) | |
| | ) | Hon. Pamela S. Hollis |
| Debtor. | ) | |
| | ) | Hearing Date:  September 13, 2012 |
| | ) | Hearing Time: 10:00 a.m. |
| | ) | |

**NOTICE OF FIRST AND FINAL APPLICATION FOR
COMPENSATION OF LEGALPEOPLE, LLC AND HEARING**

**TO:    PARTIES ON ATTACHED GENERAL SERVICE LIST**

　　　**PLEASE TAKE NOTICE** that on Wednesday, August 22, 2012, Legalpeople, LLC (the

"Applicant") filed its **First and Final Application for Compensation of Legal Services**

**Provided to the Chapter 7 Trustee Gus A. Paloian for the period of August 11, 2011**

**through October 31, 2011** (the "Application") with the United States Bankruptcy Court for the

Northern District of Illinois, Eastern Division (the "Bankruptcy Court").  In the Application,

Applicant seeks final compensation in the amount of $12,894.00.   The Application is being

served contemporaneously with this Notice upon each entity listed on the attached Special

Service List and upon those entities receiving notices in the above-captioned case pursuant to the

Bankruptcy Court's CM/ECF system.  All other entities may obtain copies of the Application, at

no charge, upon request to:  Ms. Jennifer M. McManus, Seyfarth Shaw LLP, 131 South

Dearborn Street, Suite 2400, Chicago, Illinois 60603-5577; jmcmanus@seyfarth.com.

　　　**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Application will

be held before the Honorable Pamela S. Hollis, United States Bankruptcy Judge for the United

States Bankruptcy Court for the Northern District of Illinois, Eastern Division, in the courtroom

normally occupied by Her Honor, Courtroom **644**, located at 219 South Dearborn Street,

14351947v.1

Chicago, Illinois 60604, on **Thursday, September 13, 2012, at  10:00 a.m.,** or as soon

thereafter as the undersigned counsel may be heard.

Dated: August 22, 2012                                   Respectfully submitted,

                                                         GUS A. PALOIAN, not individually or
                                                         personally, but solely in his capacity as the
                                                         Chapter 7 Trustee of  the Debtor's Estate,

                                                         By: /s/ James B. Sowka
                                                              Gus A. Paloian (06188186)
                                                              James B. Sowka (6291998)
                                                              SEYFARTH SHAW LLP
                                                              131 South Dearborn Street, Suite 2400
                                                              Chicago, Illinois 60603
                                                              Telephone:  (312) 460-5000
                                                              Facsimile:  (312) 460-7000


                                                              *Counsel to Chapter 7 Trustee*
                                                              *Gus A. Paloian*

4

## CERTIFICATE OF SERVICE

The undersigned non-attorney certifies that on this 22nd day of August, 2012, pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System and Fed.R.Civ.P. 5(a), she caused a copy of the attached:

     1.     **Notice of First and Final Application of Legalpeople, LLC for Compensation of Legal Services Provided to the Chapter 7 Trustee Gus A. Paloian for the period of August 11, 2011 through October 31, 2011** and **First and Final Application of Legalpeople, LLC for Compensation of Legal Services Provided to the Chapter 7 Trustee Gus A. Paloian for the Period of August 11, 2011 through October 31, 2011** to be served (1) electronically on those entities who receive notice through the ECF system and who are listed on the attached Service List, and (2) and upon each of the parties identified on the attached Special Service List by causing the same to be deposited into the United States Mail chute located at 131 South Dearborn Street, Chicago, Illinois 60603, in properly-addressed envelopes with sufficient first-class postage prepaid; and

     2.     **Notice of First and Final Application for Compensation of Legal Services Provided to the Chapter 7 Trustee Gus A. Paloian for the period of August 11, 2011 through October 31, 2011 and Hearing** to be served (1) electronically on those entities who receive notice through the ECF system and who are listed on the attached Service List, and (2) upon each of the parties identified on the attached General Service List by causing the same to be deposited into the United States Mail chute located at 131 South Dearborn Street, Chicago, Illinois 60603, in properly-addressed envelopes with sufficient first-class postage prepaid.

*Jennifer M. McManus*
Jennifer M. McManus

Subscribed and Sworn to before
me this 22nd day of August, 2012.

*Janet M. Polacek*
Notary Public

```
┌─────────────────────────────────┐
│        OFFICIAL SEAL            │
│     JANET M. POLACEK            │
│ NOTARY PUBLIC, STATE OF ILLINOIS│
│ MY COMMISSION EXPIRES 3-27-2016 │
└─────────────────────────────────┘
```

14351947v.1

**SYSIX TECHNOLOGIES, LLC**
**Case No. 09-36439**

<u>**REGISTRANTS SERVED VIA CM/ECF NOTIFICATION**</u>

| | |
|---|---|
| Thomas V. Askounis | taskounis@askounisdarcy.com; jburt@askounisdarcy.com |
| John A. Benson | john@bitlaw.com |
| Ann M. Bredin | abredin@mpslaw.com, dnichols@mpslaw.com |
| Craig L. Caesar | ccaesar@mcglinchey.com, ataylor@mcglinchey.com |
| Kurt M. Carlson | kcarlson@carlsondash.com, dmyer@carlsondash.com |
| Jonathan M. Cyrluk | cyrluk@carpenterlipps.com, haas@carpenterlipps.com |
| Jeffrey L. Gansberg | jgansberg@muchshelist.com , nsulak@muchshelist.com |
| David Gold | dgold@perkinscoie.com; jmatamoros@perkinscoie.com |
| Forrest B. Lammiman | flammiman@mpslaw.com, dkane@mpslaw.com; srogovin@mpslaw.com; dnichols@mpslaw.com; mpslawllc@gmail.com; jlitwin@mpslaw.com |
| Patrick S. Layng | USTPRegion11.ES.ECF@usdoj.gov |
| Colleen E. McManus | cmcmanus@carlsondash.com |
| Brendan J. Nelligan | bnelligan@pretzel-stouffer.com, tcook@pretzel-stouffer.com |
| David J. Schwab | djschwab@rss-chtd.com; vkingsley@rrs-chtd.com; dcasey@rss-chtd.com; jtolemy@rss-chtd.com; jobereiner@russ-chtd.com |
| Brian Ira Tanenbaum | brian@bitlaw.org |

## SPECIAL SERVICE LIST

### VIA U.S. MAIL

Roman Sukley, Esq.
U.S. Trustee's Office
219 S. Dearborn Street
Suite 873
Chicago, IL  60604

Illinois Department of Employment Security
Attn:  Bankruptcy Unit - 10th Floor
33 South State Street
Chicago, IL  60603

14351947v.1

## GENERAL SERVICE LIST

### VIA U.S. MAIL

Roman Sukley, Esq.
U.S. Trustee's Office
219 S. Dearborn Street, Suite 873
Chicago, IL  60604

Ronald Abrams
6676 N. Lincoln Ave.
Lincolnwood, IL  60712

Acamard Technologies, Inc.
2385 Hammond Drive, Suite 9
Schaumburg, IL  60173

Bryce Ackerman
25747 Somerset Court
Hawthorn Woods, IL  60047

AFC Worldwide Express
975 Cobb Place Boulevard, Suite 101
Kennesaw, GA  30144

Aflac
1932 Wynnton Road
Columbus, GA  31999-0001

Alan Abrams
6676 N. Lincolnwood Ave.
Lincolnwood, IL 60712

American Express
P.O. Box 297879
Ft. Lauderdale, FL  33329-7879

American Express Travel Related Services
Co., Inc. Corp. Card
P.O. Box 3001
Malvern, PA  19355

American First Aid Services, Inc.
784 Church Road
Elgin, IL  60123

James Ammirati
4857 N. California Avenue
Chicago, IL  60625

David E. Anteliz
9015 Coppergate Road
Woodridge, IL  60517

Aon Risk Services
1001 Brickell Bay Drive, Suite 1100
Miami, FL  33131

Arbitech, LLC
15330 Barranca Parkway
Irvine, CA  92618

Arizona Department of Economics
1717 W. Jefferson, Room 119
Phoenix, AZ  85007

Arkadin Global Conferencing
150 East Campus View Blvd., Suite 220
Columbus, OH  43235

Jeffrey Galen, Esq.
Arrow Electronics, Inc.
Galen & Davis LLP
16255 Ventura Boulevard, Suite 900
Encino, CA  91436

Arrow Electronics, Inc.
220 Rabro Drive East
Hauppauge, NY  11788

Arrow Enterprise Computing Solutions, Inc.
7459 Lima Street
Englewood, CO  80112

AT&T Mobility
P.O. Box 6483
Carol Stream, IL  60197-6463

3

Awesome Vending, Inc. (not deliverable as addressed)
434 Starwood Pass
Lake in the Hills, IL  60156

B&F Coffee Service
3535 Commercial Avenue
Northbrook, IL  60062-1848

Bankfinancial FSB
15W060 N. Frontage Road
Burr Ridge, IL  60527

Michael P. Barnick
ON 844 W. Cortis Square
Geneva, IL  60134

Mike Bazley
8226 Tanya Lane
Sacramento, CA  95828-4521

Blue Cross Blue Shield of Illinois
500 E. Randolph Street
Chicago, IL  60601-5099

Nancy Bruce
123 W. 83rd Street
Willowbrook, IL  60527-6124

Brandon Burge
P.O. Box 1016
Pell Lake, WI  53157-1016

Call One
123 N. Wacker Drive, 7th Floor
Chicago, IL  60606

Canvas Systems
P. O. Box 116922
Atlanta, GA  30368-6922

Authorize Net
808 East Utah Valley Drive
American Fork, UT  84003

John Castro
705 W. Queen Creek Rd., Unit 2230
Chandler, AZ  85248-3430

CB Richard Ellis, Inc.
SMII Oak Creek, LP
Oak Creek Properties
500 Waters Edge, Suite 125
Lombard, IL  60148

CDW
Attn:  Vida Krug
200 N. Milwaukee Avenue
Vernon Hills, IL  60061

Roland Chavez
2862 Horizon Trail
New Lenox, IL  60451

CherryStoneIT, Inc.
7632 Woodwind Drive #101
Huntington Beach , CA  92647

Chicago Tribune
435 N. Michigan Avenue TT300
Chicago, IL  60611

Cingular Wireless
175 E. Houston Street
San Antonio, TX  78205-2255

City of Tucson
License Section
255 W. Alameda
Tucson, AZ  85701

Colorado Department of Revenue
1375 Sherman Street
Denver, CO  80261-0004

14351947v.1

Capital One
P.O. Box 85617
Richmond, VA  23285-5617

Mike Carver
211 E. Washington Street
Oswego, IL  60543

Comerica Bank, N.A.
c/o Bodman, LLP
Gregory M. Ryan
1901 St. Antoine Street, 6th Floor
Detroit, MI  48266

Commonwealth of Pennsylvania
Department of Revenue
P.O. Box 280904
Harrisburg, PA  17128-0904

Community Bank of Ravenswood
2300 W. Lawrence
Chicago, IL  60625

Completely Cleaning Company, Inc.
615 Wheat Lane
Wood Dale, IL  60191-6599

Comptroller of Maryland
Revenue Administration Division
Annapolis, MD  21411-0001

Connecticut Department of Labor
Merit Rating Unit
Wethersfield, CT  06109-1114

Corporate Imaging Concepts, Inc.
308 Wainwright Drive
Northbrook, IL  60062

Ned W. Covic
1015 East Talbot Street
Arlington Heights, IL  60004

Comcast
P.O. Box 3002
Southeastern, PA  19398-3002

ComEd
Attn: Bankruptcy Group-Claims Department
3 Lincoln Center
Oakbrook Terrace, IL  60181

CyberSource
1295 Charleston Road
Mountain View, CA  94043

D&B
5800 Airport Boulevard
Austin, TX  78752-4204

Johnny Davis
823 Summit Creek Drive
Shorewood, IL  60404

Michael L. Delaplain
401 Crabtree Court
Franklin, TN  37069

Dell Marketing L.P.
c/o Sabrina L. Streusand, Esq.
Streusand & Landon, LLP
811 Barton Springs Road, Suite 811
Austin, TX  78704-1166

Connecticut Department of Revenue Services
C&E Division, Bankruptcy Section
25 Sigourney Street, Suite 2
Hartford, CT  06106

Department of the Treasury
Internal Revenue Service
Odgen, UT  84201-0073

Department of the Treasury - Internal Revenue
Service
P.O. Box 21126
Philadelphia, PA  19114

Credit Mediators, Inc. (CMI)
For Canvas Systems
P.O Box 456
Upper Darby, PA  19082-0456

Sherri Cuplin
455 W. Wood Street, Unit #310
Palatine, IL  60067

EMC Corporation
176 South Street
Hopkinton, MA  01748

Employment Development Department
State of California
Social Authorization Center – 857
P.O. Box 19009
San Bernardino, CA  92423-9009

Employment Development Department
State of California
P.O. Box 826880
MIC 04
Sacramento, CA  94280-0001

Execu-Suites of Omaha
12020 Shamrock Plaza, Suite 200
Omaha, NE  68154-3537

Al Farinas
23 Grantwood Road
Wayne, NJ  07470

FedEx
P.O. Box 94515
Palatine, IL  60094-4515

FedEx Custom Critical
P.O. Box 371627
Pittsburgh, PA  15251-7627

Steven Feiger
Crawford Supply
8150 Lehigh
Morton, IL  60053

Shanin C. Drane
324 Judith Circle
Oswego, IL  60543-7333

Melanie Eggleston
2441 Shasta Drive
Lisle, IL  60532

Elon University
100 Campus Drive
2475 Campus Box
Elon, NC 27244-2010

First Bank
P.O. Box 407066
Ft. Lauderdale, FL  33340-7066

First Eagle National Bank
1040 Lake Street
Hanover Park, IL  60133-5466

FlexSource, LLC
P.O. Box 828
Elmhurst, IL  60126

Florida Department of Revenue
Bankruptcy Section
P.O. Box 6668
Tallahassee, FL  32314-6668

Peter Freedman
1733 Brittany Drive
Maple Glen, PA  19002

Lisa Frosheiser
1437 Clemente Way
Murfreesboro, TN  37129

Nicole Gavrick
1325 Brentwood Trail
Bolingbrook, IL  62490

14351947v.1

FGMK, LLC
2801 Lakeside Drive – Third Floor
Bannockburn, IL  60015

Financial Marketing Solutions Inc.
406 Main Street, Suite B
Redwing, MN  55066

Troy S. Hammond
25107 Thornberry Drive
Plainfield, IL  60544

Harbor Capital, LLC
1364 W. Estate Lane E
Lake Forest, IL  60045-3624

Highland Community Bank
1701 W. 87th Street
Chicago, IL  60620-4808

Hinsdale Bank & Trust
26 E. First Street
Hinsdale, IL  60521

Yvette D. Holt
1722 West Jarvis Ave.
Chicago, IL  60626

Hoover's, Inc.-EWS
5800 Airport Blvd.
Austin, TX  75752

Illinois Department of Employment Security
723 W. Algonquin Road
Arlington Heights, IL  60005

Illinois Tollway
P.O Box 5201
Lisle, IL  60532-5201

Images Copier Services, Inc.
Attn:  Jim Ekwall
945 National Avenue
Addison, IL  60101

Government Data Publications, Inc.
Accounts Receivable Dept.
GDP Building
1661 McDonald Avenue
Brooklyn, NY  11230

Aaron Hammond
918 Abbey Court
Sugar Grove, IL  60554

Indiana Wesleyan University
4201 S. Washington Street
Marion, IN  46953

Infinisource
19 E. Washington Street
P.O. Box 889
Coldwater, MI  49036-0889

Ingram Micro, Inc.
1759 Wehrle Drive
Williamsville, NY  14221

InMage Systems, Inc.
3255 -1 Scott Blvd., #1
Santa Clara, CA  95054

Innovative Network Systems, Inc.
P.O. Box 968
Cartersville, GA  30120-0968

Emilia Jacobs
309 Morton Avenue
Aurora, IL  60506

Hansel Jereza
922 N. Quince Lane
Mount Prospect, IL  60056

Michael Johnson
3651 N. Damen, Apt. B
Chicago, IL  60618

Justan Electrical Contracting Inc.
1225 Madison Avenue
Paterson, NJ  07503-2685

7

Indiana Department of Revenue
Bankruptcy Section, N-240
100 North Senate Avenue
Indianapolis, IN  46204

Paul Koslowski
13515 Marigold Road
Plainfield, IL  60544

Shawn D. Kujak
2800 Arbor Lane
Oswego, IL  60543-8694

William LaFlamme
109 Sylvia Lane
Naperville, IL  60540-8015

Steve Larson
S83w27375 Whitetail Trail
Mukwonago, WI  53149

Latisys-Chicago, LLC
1808 Swift Drive
Oakbrook, IL  60523

Robert LaViolette
28 Matisse Circle
Aliso Viejo, CA  92656

Wendee Lopez
1252 Fordham Drive, Apt. 101
Glendale Heights, IL  60139

Sheila Markstrom
106 Preakness Drive
Oswego, IL  60543

Massachusetts Department of Revenue
Bankruptcy Unit
P.O. Box 9564
Boston, MA  02114

KBS Realty Advisors, LLC
Attn:  Mark Brecheen
620 Newport Center Drive, Suite 1300
Newport Beach, CA  92660

K&M Printing Co.
1410 North Meachum Road
Schaumburg, IL  60173

Jeffrey D. Klueger
3286 Isola Way
Lafayette, CA  94549

Meridian IT Inc.
Nine Parkway North
Deerfield IL  60015-2544

Merrick Healthcare Solutions, LLC
c/o Merrick Ventures
350 N. Orleans Street, 10th Floor
Chicago, IL  60654

Metropolitan Life Insurance Company
Gregg P. Hirsch, Assoc. General Counsel
Law Department/MetLife Group
1095 Avenue of the Americas
New York, NY  10036

MetLife
Commerce Bank
811 Main Street, 7th Floor
Kansas City, MO  64105-2005

Micro Center
4055 Leap Road
P.O. Box 848
Hilliard, OH  43026-0848

Chris Minucci
1072 E. Broadway
Milford, CT  06460

Carol S. McMahan
Synergy Law Group, L.L.C.
730 W. Randolph St., 6th Floor
Chicago, IL  60661

8

Mercedes-Benz Financial
P.O. Box 9001680
Louisville, KY  40290-1680

Nationwide Recovery Systems
2304 Tarpley Drive #134
Carrollton, TX  75006

NCO Financial Systems Inc.
507 Prudential Road
Horsham, PA  19044

Nebraska Department of Revenue
P.O. Box 98923
Lincoln, Nebraska  68509-8923

NEC Corporation of America
6535 N. State Highway 161
Irving, TX  75039-2402

NeverFail Group
3839 Bee Caves Road, Suite 100
Austin, TX  78746

New York State Department of Taxation
   and Finance
Bankruptcy Section
P.O. Box 5300
Albany, NY  12205-0300

Nicor Gas
P.O. Box 549
Aurora, IL  60507

NJ Division of Taxation
Delinquency Collections
P.O. Box 272
Trenton, NJ  08695-0272

Mississippi Department of Revenue
Bankruptcy Section
P.O. Box 22808
Jackson, MS  39225

Matthew Moder
1135 Coventry Lane
Bolingbrook, IL  60440

Monster
P.O. Box 245024
Milwaukee, WI  53224

Moody Bible Institute of Chicago
c/o William J. Connelly
Hinshaw & Culberston LLP
222 N. LaSalle Street, Suite 300
Chicago, IL  60601

Mutual of Omaha Insurance Company
Attn:  Mieko Young
3-Law Operation
Mutual of Omaha Plaza
Omaha, NE  68175

National City Commercial Capital Corporation
995 Dalton Avenue
Cincinnati, OH  45203

North Shore Gas
P.O. Box A3991
Chicago, IL  60690-3991

Northwestern Mutual
720 East Wisconsin Avenue
Milwaukee, WI  53202

Ohio Department of Job and Family Services
Bureau of Tax Operations
P.O. Box 182413
Columbus, OH  43218-2413

14351947v.1

North Carolina Department of Revenue
P.O. Box 25000
Raleigh, NC  27640-0001

Ohio Department of Taxation
Bankruptcy Division
P.O. Box 530
Columbus, OH  43216

Paylocity Payroll
3850 N. Wilke Road
Arlington Heights, IL  60004

Old Second National Bank
37 South River Street
Aurora, IL  60507

Angela Pinnello
3108 Frank Turk Drive
Plainfield, IL  60586

John F. Olmstead as assignee from
Mishawaka Leasing Co., Inc.
Brownstein Hyatt Farber Schreck et al.
410-17th Street, Suite 2200
Denver, CO  80202

Pitney Bowes
P.O. Box 856460
Louisville, KY  40285-6460

Ontario Ministry of Revenue
33 King Street West
P.O. Box 627
Oshawa, ON  L1H 8H5

Pre-Paid Legal Services, Inc.
1 Prepaid Way
Ada, OK  74820

Steven E. Otto
14711 South Eastern Avenue
Plainfield, IL  60544

Promark Technology, Inc.
10900 Pump House Road, Suite B
Annapolis Junction, MD  20701

PA Department of Labor and Industry
Employers' Charge Section
P.O. Box 67504
Harrisburg, PA  17106-7504

Carol A. Prusank
3341 N. Newland
Chicago, IL  60634

Jeffrey D. Ramsey  (not deliverable as addressed)
2640 North Avondale Avenue, Unit F
Chicago, IL  60647-6401

Quality Distribution, Inc
Accounts Payable Audit Office
3441 Barley Court
Lakeland, FL  33803

The Receivables Exchange
c/o Craig L. Caesar, Esq.
McGlinchey Stafford, PLLC
2711 N. Haskell Avenue, Suite 2700
Dallas, TX  75204

Quill Corporation
P.O. Box 37600
Philadelphia, PA  19101-0600

The Receivables Exchange
c/o David S. Willenzik
McGlinchey Stafford PLLC
601 Poydras Street, 12th Floor
New Orleans, LA  70130

14351947v.1

Rockwell Financial
9085 E. Mineral Circle, Suite 320
Centennial, CO  80112

Red Coat Publishing, LLC  (not deliverable at this
address)
200 E. Randolph Drive
70th Floor – AON Center
Chicago, IL  60601

Rollcall Business Conferencing Solutions
5000 Sawgrass Village Circle
Suite 30
Ponte Vedra Beach, FL  32082

Regus Management Group, LLC
One Gateway Center, Suite 2600
Newark, NJ  07102

Wade Scheffner
511 Chamberlain Lane, #211
Naperville, IL  60540

Republic Bank of Chicago
2221 Camden Court
Oak Brook, IL  60523-4516

Michael Schlattman
14916 S. Hawthorn Circle
Plainfield, IL  60544

John Richards
217 Crooked Stick Pass
North Prairie, WI  53153

Charles Schuster
770 White Blossom Court
Powder Springs, GA  30127

Kristen Rhodes
3837 North Long Road
Chicago, IL  60641

Albert C. Schwartz
1410 Fairway Circle
Geneva, IL  60134

Ricoh
5 Dedrick Place
West Caldwell, NJ  07006

Bob Sheaffer
310 Busse Hwy #357
Park Ridge, IL  60068

RMS
4836 Brecksville Road
P.O. Box 52
Richfield, OH  44286

Securian
Attn:  Tamra Nelson
400 Robert Street North
St. Paul, MN  55101

Rockwell Financial
c/o Steven E. Abelman, Esq.
410 17th Street, Suite 2200
Denver, CO  80202

Semmelman & Semmelman, Ltd.
900 North Shore Drive, Suite 250
Lake Bluff, IL  60044

Ann Shipley
11790 Woodiebrook Road
Chardon, OH  44024

Allen H. Shapiro
1247 Waukegan Road, Suite 100
Glenview, IL  60025

Mr. Kurt L. Singleton
Mr. Robert G. Ragland
AEL Financial, LLC
600 N. Buffalo Grove Road
Buffalo Grove, IL  60089

14351947v.1

Signature Technology Group, Inc.
2424 West Desert Cove Avenue
Phoenix, AZ  85029

State of California
Board of Equalization
P.O. Box 942879
Sacramento, CA  94579-0001

State Board of Equalization
Special Operations Branch MIC 55
P.O. Box 942879
Sacramento, CA  94279

Illinois Department of Revenue
(Administrative)
Bankruptcy Section
P.O. Box 64338
Chicago, IL  60664-0338

State of Illinois Department of Labor
Fair Labor Standards – Wage Claims Section
160 N. LaSalle Street, Suite C-1300
Chicago, IL  60601-3150

State of Nebraska
Department of Revenue
P.O. Box 94818
Lincoln, NE  68509-4818

State of Wisconsin
DWD-Unemployment Insurance
P.O. Box 8914
Madison, WI  53708-8914

John Taylor
3386 Ravinia Circle
Aurora, IL  60504

Tech Data Corporation
c/o Mike Zava, Senior VP
Credit & Customer Service
5350 Tech Data Drive, MS A3-18
Clearwater, FL  33760

Sonitrol Chicagoland West
1275 West Roosevelt Road, Suite 123
West Chicago, IL  60185

South Carolina Department of Revenue
P.O. Box 12265
Columbia, SC  29211

Specialty Enterprises, Inc.
720 W. 121st Avenue
Westminster, CO  80234

Sprint
P.O. Box 7993
Overland Park, KS  66207-0993

Aravind Srinivasan  (not deliverable as addressed)
1427 Valley Lake Drive
Schaumburg, IL  60195

Staples Business Advantage
500 Staples Drive
Framingham, MA  01702

State of Alabama
Department of Revenue
50 North Ripley Street
Montgomery , AL  36132

State of Arkansas
Department of Finance and Administration
Sales and Use Tax Section
P.O. Box 3566
Little Rock, AR  72203-3566

State of New Jersey
Department of Treasury
Division of Taxation
P.O. Box 245
Trenton, NJ  08695

14351947v.1

Texas Workforce Commission
Box 149346
Austin, TX  78714-9346

Rita Tijerina
9828 S. Rutherford Avenue
Oak Lawn, IL  60453

Travelers Insurance
P.O. Box 26208
Richmond, VA  23260-6208

Jeffrey M. Vickery
1528 Marquette Road
Joliet, IL  60435

Village of Lombard
255 E. Wilson Avenue
Lombard, IL  60148-3926

Virginia Department of Taxation
P.O. Box 2156
Richmond, VA  23218-2156

Russell Vitrano Jr.
645 Grove Drive, Apt. 201
Buffalo Grove, IL  60089-4036

Viztek, LLC
6491 Powers Avenue
Jacksonville, FL  32217

VSP
P.O. Box 997100
Sacramento, CA  95899-7100

Alysa Walack
364 Hawthorne Road
Buffalo Grove, IL  60089

Lori Walsh
1208 Leonard Drive
Plainfield, IL  60586

The Travelers Indemnity Company and Affiliates
c/o RMS Bankruptcy Services
P.O.Box 5126
Timonium, MD  21094

Tri-Technical Service
675-P Tollgate Road
Elgin, IL  60123

Uline
2200 S. Lakeside Drive
Waukegan, IL  60085

Unisys Corporation
99865 Collection Center Drive
Chicago, IL  60696

United Van Lines, LLC
22304 Network Place
Chicago, IL  60673-1223

University of Bridgeport
Library Administration
126 Park Avenue
Bridgeport, CT  06604

U.S. Department of Labor
Employee Benefits Security Administration
230 South Dearborn, Suite 2160
Chicago, IL  60604

Utah State Tax Commission
Taxpayer Services Division
210 North 1950 W
Salt Lake City, UT  83134-0700

US Department of Education
P.O. Box 4144
Greenville, TX  75403-4144

Vermont Department of Taxes
P.O. Box 588
Montpelier, VT  05601-0588

Lisa M. Vickers
1307 Oneida Street
Joliet, IL  60435-6845

13

Wells Fargo Equipment Finance, Inc.
733 Marquette Avenue, Suite 700
Minneapolis, MN  55402

Christine Wesby
16W571 Mockingbird Lane, #202
Willowbrook, IL  60527

Wisconsin Department of Revenue
2135 Rimrock Road
P.O. Box 8901
Madison, WI  53708-8901

XO Communications
8851 Sandy Pkwy
Sandy, UT  84070

Ken Williams
884 Goodrich Place
Palatine, IL  60067

Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL  60601-9703

Wells Fargo of California Insurance Services,
Inc.
21250 Hawthorne Boulevard, Suite 600
Torrance, CA  90503-5519

XO Communications
9201 N. Central Expressway
Dallas, TX  7231

14

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 09-B-36439-PSH |
| | ) | Chapter 7 |
| SYSIX TECHNOLOGIES, LLC, | ) | |
| | ) | Hon. Pamela S. Hollis |
| Debtor. | ) | |
| | ) | Hearing Date:  September 13, 2012 |
| | ) | Hearing Time: 10:00 a.m. |
| | ) | |

**FIRST AND FINAL APPLICATION OF LEGALPEOPLE, LLC
FOR COMPENSATION OF LEGAL SERVICES PROVIDED
TO CHAPTER 7 TRUSTEE GUS A. PALOIAN FOR THE
<u>PERIOD OF AUGUST 11, 2011 THROUGH OCTOBER 31, 2011</u>**

Legalpeople, LLC ("<u>Legalpeople</u>"), as contract counsel to Gus A. Paloian, not

individually or personally, but solely in his capacity as the duly-appointed Chapter 7 trustee (the

"<u>Trustee</u>") of the bankruptcy estate (the "<u>Estate</u>") of the above-captioned debtor (the "<u>Debtor</u>"),

hereby submits its First and Final Application for Compensation (the "<u>Application</u>") for legal

services performed, during the period of August 11, 2011 through October 31, 2011 (the

"<u>Application Period</u>").

## I.  <u>INTRODUCTION</u>

1.      Legalpeople makes this Application pursuant to: (i) Sections 105(a) and 330 of

title 11 of the United States Code (the "<u>Bankruptcy Code</u>"); (ii) Rule 2016 of the Federal Rules

of Bankruptcy Procedure (the "<u>Bankruptcy  Rules</u>"); (iii) applicable provisions of the Guidelines

for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11

U.S.C. § 330, adopted by the Office of the United States Trustee; (iv) Rule 5082-1 of the Local

Bankruptcy Rules for the United States Bankruptcy Court for the Northern District of Illinois

(the "<u>Bankruptcy Court</u>"); (v) that certain Order of the Court entered in the above-captioned case

(the "Case") on August 11, 2011, authorizing Legalpeople's retention as contract counsel to provide legal services to the Trustee, a copy of which is attached hereto as **Exhibit 1** (the "Legalpeople Retention Order"); and (vi) applicable case law.

2.      In making this Application, Legalpeople respectfully seeks an Order of this Court awarding payment from the Estate of final allowance of compensation in the amount of $12,894.00 for professional services rendered by Legalpeople on behalf of the Trustee during the Application Period.

## II.  JURISDICTION

3.      This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §§ 157 and 1334 and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois.  Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409. Consideration of this Application is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2)(A), (B), and (O).

## III.  BACKGROUND

4.      On September 30, 2009, an involuntary petition for relief was filed against the Debtor under Chapter 11 of the Bankruptcy Code, 11 U.S.C. §§ 101 through 1330, *as amended*.

5.      On October 8, 2009, the Court entered an order for relief under Chapter 11 of the Bankruptcy Code and an order appointing a chapter 11 trustee.  On October 8, 2009, the Court entered an order granting the U.S. Trustee's Motion to Appoint Gus A. Paloian as Chapter 11 Trustee in the Case.

6.      On April 1, 2010, the Court entered an order converting the Case from a Chapter 11 to a case under Chapter 7 of the Bankruptcy Code.

7.      Gus A. Paloian was appointed as the Chapter 7 Trustee on April 1, 2010.

14351947v.1

8.      On August 11, 2011, the Court entered an order granting the Trustee's Application to Retain Legalpeople to provide contract legal services to the Chapter 7 Trustee [*see* Dkt. No.136].

9.      Fees sought are for services rendered to the Trustee as Chapter 7 Trustee.

10.      In accordance with Section 504(b)(1) of the Bankruptcy Code and Bankruptcy Rule 2016, Legalpeople has received no promises for payment for services rendered or to be rendered in any capacity whatsoever in connection with the Case, other than specifically provided for in the Legalpeople Retention Order.  Additionally, other than as permitted by Section 504(b)(1) of the Bankruptcy Code and Rule 2016(a), no agreement or understanding exists between Legalpeople and any other entity for a division of compensation and reimbursement received or to be received for services rendered in or in connection with the Case.

11.      This Application represents the first and final application for compensation that Legalpeople has filed in the Case.

## IV.  SUMMARY OF SERVICES RENDERED
## BY LEGALPEOPLE

12.      During the Application Period, Legalpeople has provided legal services to the Trustee in the amount of $12,894.00.

13.      Each Legalpeople professional listed below is an attorney who provided the Trustee with valuable services in the form of document review and analysis at relatively low hourly rates.  The Legalpeople professionals reviewed and analyzed documents in support of the Trustee's investigations and recovery of Estate assets.  These documents include documents produced by third parties in response to Rule 2004 subpoenas and other documents in the Estate's possession, such as Debtor books and records and email correspondence involving Debtor insiders.

3

14.    Using software designed to make the document review process more efficient, the Legalpeople professionals reviewed and analyzed an array of documents.  The searches undertaken by the Legalpeople professionals benefited the Estate by providing the Trustee with due diligence investigation, identification, and analysis of documents to support the Trustee's recovery of Estate assets through litigation and negotiations.

15.    Because Legalpeople professionals work on a contract-basis at a relatively low hourly rate, the process of reviewing and analyzing documents to support the Trustee's investigations and recovery of Estate assets, which is a highly time-consuming process by necessity, was performed in a cost-efficient manner.

16.    The following table consists of a breakdown of the amount of fees incurred by each Legalpeople professional, including each such professional's: (i) hourly rate, (ii) total hours expended in providing professional services in the Case, and (iii) the value attributable to such services:

| PROFESSIONAL | HOURLY RATE | TOTAL HOURS | VALUE |
|---|---|---|---|
| Nisha Koradia | $42.00 | 183.50 | $7,707.00 |
| David Oskin | $42.00 | 123.50 | $5,187.00 |
| **TOTAL:** | | **307.00** | **$12,894.00** |

17.    In support of its Application, Legalpeople has attached hereto as **Exhibit 2** its invoices for the Application Period (the "Invoices").

18.    The Invoices include, as attachments, the detail relating to work performed by Legalpeople on behalf of the Trustee.  The time entries contained in the Invoice identify the services performed during the Application Period and the time spent on those tasks.

14351947v.1

19.     All of the compensation for which Legalpeople requests allowance and payment in this Application relate to the discharge of Legalpeople services, as requested by the Trustee, during the Application Period.

20.     Legalpeople respectfully submits that its services rendered to the Trustee during the Application Period have been reasonable, necessary, and beneficial to the Estate, as further discussed herein.

## V.  RELIEF REQUESTED

21.     In this Application, Legalpeople seeks approval of $12,894.00 in compensation for professional services rendered to the Trustee during the Application Period.

22.     A proposed order providing for the requested relief is attached hereto for the Court's consideration.

## VI.  LEGALPEOPLE'S FEES ARE REASONABLE

23.     Legalpeople believes that the requested compensation is fair and reasonable, and that it provided a significant benefit to the Estate for at least the following reasons:

a.     Skill Requisite to Perform Professional Services:  Legalpeople has substantial expertise and experience in reviewing and processing large amounts of documents and data, and was selected by the Trustee for this reason.

b.     Customary Fees for the Type of Services Rendered:  Legalpeople believes that the fees requested and the hourly rates set forth herein are consistent with fees typically charged for the type of services rendered in cases of this magnitude and complexity.  The hourly rates charged by Legalpeople are comparable to the rates that Legalpeople would charge for work of a similar nature and complexity in a non-bankruptcy proceeding.

c.     Whether the Fee is Fixed or Contingent:   Pursuant to section 330(a) of the Bankruptcy Code, Legalpeople's fee is subject to Court approval, but is not otherwise contingent.

d.     The Amount Involved and the Results Obtained:  Legalpeople respectfully contends that the amount sought herein is reasonable in light of the importance of the vital data and magnitude of documents located in the case repository.  Because of the results obtained to date by Legalpeople, the Trustee has been able to calculate the services rendered by Legalpeople.

14351947v.1

       e.    <u>The Experience, Reputation, and Ability of the Professional</u>:   Legalpeople has extensive experience and is well regarded in the areas for which it was retained to assist the Trustee.

## VII.  <u>NOTICE</u>

24.    Twenty-one days' notice of this Application, and service of the Application, has been provided to the Office of the United States Trustee, in care of Roman Sukley, Esq.

25.    Pursuant to Bankruptcy Rule 2002(a)(2) and (a)(6), and due to the expense that would be incurred by the Estate in serving the Application upon all creditors in the Case, Legalpeople respectfully submits that sufficient cause exists to limit mail service of: (i) the Application to the parties on the Special Service List, and (ii) the Notice of Application to the General Service List.  All other entities requesting notices in the Case will receive notice of, and access to, the Application via CM/ECF.

26.    Legalpeople respectfully requests that the above-notice (the "<u>Notice</u>") be deemed adequate and that the Court find that no other or further notice is necessary.

## VIII.  <u>NO PRIOR REQUEST</u>

27.    No prior request for the relief requested by this Application has been made to this Court or to any other court.

14351947v.1

WHEREFORE, Legalpeople, LLC respectfully requests that the Court enter an Order:

A.    Finding Notice of the Application sufficient as given and that no other or further notice is necessary;

B.    Allowing and awarding Legalpeople compensation on a final basis in the amount of $12,894.00;

C.    Authorizing the Trustee to make payment of such final compensation to Legalpeople from the Estate; and

D.    Granting such other and further relief as this Court deems just and appropriate.

Dated:  August 22, 2012                    Respectfully submitted,

GUS A. PALOIAN, not individually or personally, but solely in his capacity as the Chapter 7 Trustee of the Debtor's Estate,

By: /s/ James B. Sowka
   Gus A. Paloian (06188186)
   James B. Sowka (6291998)
   SEYFARTH SHAW LLP
   131 South Dearborn Street, Suite 2400
   Chicago, Illinois 60603
   Telephone:  (312) 460-5000
   Facsimile:  (312) 460-7000

   *Counsel to Chapter 7 Trustee*
   *Gus A. Paloian*

14351947v.1

14351947v.1