## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | ) Case No. 09-36439-PSH |
| | ) Chapter 7 |
| SYSIX TECHNOLOGIES, LLC, | ) |
| | ) Hon. Pamela S. Hollis |
| Debtor. | ) |
| | ) Hearing Date:  March 20, 2014 |
| | ) Hearing Time:  10:30 a.m. |

### COVER SHEET FOR FIRST AND FINAL APPLICATION OF
### POPOWCER KATTEN, LTD, FOR COMPENSATION
### AS ACCOUNTANTS FOR THE ETATE

Name of Applicant:         Popowcer Katten, Ltd., Accountants

Authorized to Provide
Professional Services to:         The Estate

Dates of Order Authorizing
Employment:         March 8, 2012

Period for which Compensation
and Reimbursement is Sought:         March 8, 2012 Through May 17, 2013

Amount of Final Fees Sought:         $13,549.00

Amount of Final Expense
Reimbursement Sought:         $     30.10

This is an:     X    Final         Interim Application.

| Prior Applications | Date Filed | Amount Requested | Amount Awarded |
|---|---|---|---|
| None | | | |

Dated:  February 13, 2014         Respectfully submitted,

                         Popowcer Katten, Ltd., Accountants

                         By:  /s/ Lois West
                               Lois West, CPA

15970053v.1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In Re: ) | Case No. 09-36439-PSH |
| ) | Chapter 7 |
| SYSIX TECHNOLOGIES, LLC, ) | |
| ) | Hon. Pamela S. Hollis |
| Debtors ) | |
| ) | Hearing Date: March 20, 2014 |
| ) | Hearing Time: 10:30 a.m. |

### FIRST AND FINAL APPLICATION OF POPOWCER KATTEN, LTD. FOR ALLOWANCE OF COMPENSATION AS ACCOUNTANTS FOR THE ESTATE

Popowcer Katten, Ltd. ("Popowcer"), tax accountants for the Bankruptcy Estate of Sysix Technologies, LLC (the "Estate") respectfully presents its First and Final Application for the Allowance of Compensation (the "Application") for services rendered and to be rendered as accountants on behalf of Gus A. Paloian, not individually but solely as the Chapter 7 Trustee ("Trustee") for the period March 8, 2012 through May 17, 2013 (the "Application Period"). In support of this Application, Popowcer states as follows:

### FACTUAL AND PROCEDURAL BACKGROUND

1. On September 30, 2009, an involuntary petition for relief was filed against the Debtor under Chapter 11 of the Bankruptcy Code, 11 U.S.C. §§ 101 through 1330, *as amended*.

2. On October 8, 2009, the Bankruptcy Court entered an order for relief under Chapter 11 of the Bankruptcy Code and an order appointing a chapter 11 trustee. On October 15, 2009, the Bankruptcy Court entered an order granting the U.S. Trustee's Motion to Appoint Gus A. Paloian as Chapter 11 Trustee in the Case.

3. On April 1, 2010, the Bankruptcy Court entered an order converting the Case from a Chapter 11 to a case under Chapter 7 of the Bankruptcy Code.

15970053v.1

4. Gus A. Paloian was appointed as the Chapter 7 Trustee on April 1, 2010.

5. By its Order of March 8, 2012, this Court authorized the Trustee to employ Popowcer as accountants for the Estate. A copy of the March 8, 2012 order is attached hereto as **Exhibit 1**.

### EXTENT AND NATURE OF SERVICES RENDERED

6. Popowcer has advised the Trustee as to the Estate tax matters and performed accounting services relating to the preparation of tax forms and returns for the Estate for the final tax years 2009, 2010, 2011 and 2012. Additionally, Popowcer prepared letters to the Internal Revenue Service (the "IRS") and the Illinois Department of Revenue (the "IDOR") in accordance with section 505(b) and responded to multiple notices received from the IRS and IDOR.

7. In this Application, Popowcer seeks the allowance of $13,549.00 in final compensation for necessary services rendered and reimbursement of expenses in the amount of $30.10. A copy of Popowcer's invoice identifying the services provided is attached hereto as **Exhibit 2**.

### PRIOR COMPENSATION

8. This is the first and final application that Popowcer will file in the case.

9. Popowcer has not previously received payment of any compensation for services rendered in connection with this case. Popowcer has not entered into any agreement with any other person or persons for the sharing of compensation received or to be received for services rendered in connection with this matter, except among the principals and associates of Popowcer.

### STATUS OF CASE

10. The Trustee has completed his administration of this case. The Trustee's final

2

15970053v.1

report has been filed simultaneously herewith.

## **RELIEF REQUESTED**

WHEREFORE, Popowcer requests the entry of an Order:

A.  Allowing Popowcer final compensation in the amount of $13,549.00;

B.  Allowing Popowcer expense reimbursement in the amount of $30.10;

C.  Authorizing the Trustee to pay Popowcer the amount of $13,549.00 in compensation and reimburse expenses in the amount of $30.10, as part of Trustee's final distribution in this case from the funds on hand in the Estate; and

C.  Granting such other and further relief as this Court deems proper.

Dated: February 14, 2014             Respectfully submitted,

                                     Popowcer Katten, Ltd., Accountants


                                     By: /s/ Lois West
                                          Lois West, CPA