**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-36439-PSH |
| | § | |
| SYSIX TECHNOLOGIES, LLC | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATION FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Gus A. Paloian, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 3/20/2014, in Courtroom 644, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated:     2/13/14          By:   /s/ Gus A. Paloian
                                        Trustee

Gus A. Paloian
131 S. Dearborn Street
Suite 2400
Chicago, IL, 60603

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 09-36439-PSH |
| | § | |
| SYSIX TECHNOLOGIES, LLC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*     $7,154,312.29
*and approved disbursements of*     $1,228,994.21
*leaving a balance on hand of[1]:*     $5,925,318.08

Claims of secured creditors will be paid as follows:

Total to be paid to secured creditors:     $0.00
Remaining balance:     $5,925,318.08

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| GUS A. PALOIAN, TRUSTEE, Trustee Fees | $237,879.37 | $56,627.50 | $181,251.87 |
| SEYFARTH SHAW LLP, Attorney for Trustee Fees | $494,480.00 | $458,938.50 | $35,541.50 |
| SEYFARTH SHAW LLP, Attorney for Trustee Expenses | $28,806.96 | $25,147.62 | $3,659.34 |
| POPOWCER KATTEN, LTD., Accountant for Trustee Fees | $13,549.00 | $0.00 | $13,549.00 |
| POPOWCER KATTEN, LTD., Accountant for Trustee Expenses | $30.10 | $0.00 | $30.10 |
| OFFICE OF THE U.S. TRUSTEE , U.S. Trustee Quarterly Fees | $975.00 | $0.00 | $975.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

|  | Total to be paid for chapter 7 administrative expenses: | $235,006.81 |
|---|---|---|
|  | Remaining balance: | $5,690,311.27 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

|  | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
|  | Remaining balance: | $5,690,311.27 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $509,802.04 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | STATE BOARD OF EQUALIZATION | $47,634.26 | $0.00 | $47,634.26 |
| 13 | OHIO DEPARTMENT OF TAXATION | $2,038.17 | $0.00 | $2,038.17 |
| 23 | WENDEE LOPEZ | $1,313.52 | $1,313.54 | $0.00 |
| 23A | Wendee Lopez | $1,354.17 | $0.00 | $0.00 |
| 23B | WENDEE LOPEZ | $326.92 | $326.92 | $0.00 |
| 28 | STATE OF CONNECTICUT/DEPARTMENT OF | $913.00 | $0.00 | $913.00 |
| 30 | Connecticut Department of Revenue Services | $1,680.50 | $0.00 | $1,680.50 |
| 31 | CHRIS MINUCCI | $9,973.63 | $9,973.63 | $0.00 |
| 34 | CAROL A. PRUSANK | $2,350.00 | $2,350.00 | $0.00 |
| 34A | CAROL A. PRUSANK | $188.50 | $188.50 | $0.00 |
| 34B | CAROL A. PRUSANK | $1,129.88 | $1,129.88 | $0.00 |
| 35 | JEFFREY M. VICKERY | $2,935.21 | $2,935.21 | $0.00 |
| 35A | JEFFREY M. VICKERY | $250.00 | $250.00 | $0.00 |
| 35B | SECURIAN-for Jeffrey Vickery | $853.56 | $853.56 | $0.00 |
| 36 | YVETTE D. HOLT | $6,153.47 | $6,153.47 | $0.00 |
| 36B | YVETTE D. HOLT | $1,621.88 | $1,621.88 | $0.00 |
| 37 | LISA VICKERS | $2,062.50 | $2,062.50 | $0.00 |
| 37A | LISA VICKERS | $57.50 | $57.50 | $0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 37B | LISA VICKERS | $1,068.19 | $1,068.19 | $0.00 |
| 42 | JOHNNY DAVIS | $1,939.59 | $1,939.59 | $0.00 |
| 42B | JOHNNY DAVIS | $818.52 | $818.52 | $0.00 |
| 43 | JOHN RICHARDS | $5,501.32 | $5,501.32 | $0.00 |
| 43A | JOHN RICHARDS | $484.14 | $484.14 | $0.00 |
| 43B | JOHN RICHARDS | $1,766.42 | $1,766.42 | $0.00 |
| 45 | BOB SHEAFFER | $1,455.18 | $1,455.18 | $0.00 |
| 46 | RITA TIJERINA | $4,041.60 | $4,041.60 | $0.00 |
| 47 | ARKANSAS DEPARTMENT OF FINANCE & AD | $429.87 | $0.00 | $429.87 |
| 50 | WILLIAM LAFLAMME | $9,433.33 | $9,433.33 | $0.00 |
| 50B | WILLIAM LAFLAMME | $1,335.24 | $1,335.24 | $0.00 |
| 51 | MISSISSIPPI DEPARTMENT OF REVENUE | $4,390.50 | $0.00 | $4,390.50 |
| 52 | MUTUAL OF OMAHA INSURANCE COMPANY | $1,930.24 | $1,930.24 | $0.00 |
| 53 | ROBERT LAVIOLETTE | $9,350.20 | $9,350.20 | $0.00 |
| 53A | SECURIAN FOR ROBERT LAVIOLETTE | $1,599.80 | $1,599.80 | $0.00 |
| 54 | LISA FROSHEISER | $4,390.00 | $4,390.00 | $0.00 |
| 54A | LISA FROSHEISER | $75.00 | $75.00 | $0.00 |
| 55 | NICOLE GAVRICK | $4,718.32 | $4,718.32 | $0.00 |
| 55B | NICOLE GAVRICK | $255.24 | $255.24 | $0.00 |
| 56 | ALYSA WALACK | $7,812.17 | $7,812.17 | $0.00 |
| 56A | ALYSA WALACK | $420.00 | $420.00 | $0.00 |
| 56B | ALYSA WALACK | $626.92 | $626.92 | $0.00 |
| 61 | NED W. COVIC | $9,468.95 | $9,468.95 | $0.00 |
| 61A | NED W. COVIC | $1,481.05 | $1,481.05 | $0.00 |
| 64B | STATE OF FLORIDA DEPARTMENT OF REVE | $365.16 | $0.00 | $365.16 |
| 69 | JOHN TAYLOR | $4,668.75 | $4,668.75 | $0.00 |
| 69B | JOHN TAYLOR | $95.96 | $95.96 | $0.00 |
| 70 | SHAWN KUJAK | $7,036.46 | $7,036.46 | $0.00 |
| 70A | SHAWN KUJAK | $742.82 | $742.82 | $0.00 |
| 70B | SHAWN KUJAK | $1,651.89 | $1,651.89 | $0.00 |
| 71 | STEVEN E. OTTO | $9,344.98 | $9,344.98 | $0.00 |
| 71B | STEVEN E. OTTO | $1,605.02 | $1,605.02 | $0.00 |
| 72 | PAUL KOSLOWSKI | $2,887.50 | $2,887.50 | $0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 72A | PAUL KOSLOWSKI | $1,069.33 | $1,069.33 | $0.00 |
| 72B | PAUL KOSLOWSKI | $1,387.88 | $1,387.88 | $0.00 |
| 73B | ROLAND CHAVEZ | $1,410.88 | $1,410.88 | $0.00 |
| 74 | MATTHEW MODER | $4,891.00 | $4,891.00 | $0.00 |
| 74B | MATTHEW MODER | $561.88 | $561.88 | $0.00 |
| 76 | STATE OF WISCONSIN, DWD-UNEMPLOYMEN | $942.71 | $0.00 | $942.71 |
| 77 | TROY S. HAMMOND | $9,560.62 | $9,560.62 | $0.00 |
| 77A | TROY S. HAMMOND | $1,389.38 | $1,389.38 | $0.00 |
| 78 | WADE SCHEFFNER | $4,000.00 | $4,000.00 | $0.00 |
| 78B | WADE SCHEFFNER | $641.88 | $641.88 | $0.00 |
| 79 | MICHAEL P. BARNICK | $9,981.45 | $9,981.45 | $0.00 |
| 79A | SECURIAN FOR MICHAEL P. BARNICK | $968.55 | $968.55 | $0.00 |
| 80 | MELANIE EGGLESTON | $1,239.79 | $1,239.79 | $0.00 |
| 82 | LORI WALSH | $1,584.33 | $1,584.33 | $0.00 |
| 82B | LORI WALSH | $393.88 | $393.88 | $0.00 |
| 83 | AARON HAMMOND | $5,519.98 | $5,519.98 | $0.00 |
| 83B | SECURIAN FOR AARON HAMMOND | $1,334.38 | $1,334.38 | $0.00 |
| 84 | ARAVIND SRINIVASAN | $5,743.75 | $5,743.75 | $0.00 |
| 84A | ARAVIND SRINIVASAN | $1,688.14 | $1,688.14 | $0.00 |
| 85 | MICHAEL SCHLATTMAN | $5,217.27 | $5,217.27 | $0.00 |
| 85A | MICHAEL SCHLATTMAN | $871.88 | $871.88 | $0.00 |
| 86 | MIKE DELAPLAIN | $9,531.45 | $9,531.45 | $0.00 |
| 86A | SECURIAN FOR MIKE DELAPLAIN | $1,418.55 | $1,418.55 | $0.00 |
| 87 | CHRISTINE WESBY | $3,281.25 | $3,281.25 | $0.00 |
| 87A | CHRISTINE WESBY | $62.50 | $62.50 | $0.00 |
| 87B | CHRISTINE WESBY | $1,051.88 | $1,051.88 | $0.00 |
| 88 | NANCY BRUCE | $3,135.00 | $3,135.00 | $0.00 |
| 88B | NANCY BRUCE | $781.88 | $781.88 | $0.00 |
| 89 | SHANIN DRANE | $2,086.10 | $2,086.10 | $0.00 |
| 89B | SECURIAN FOR SHANIN DRANE | $577.08 | $577.08 | $0.00 |
| 90 | HANSEL JEREZA | $9,556.45 | $9,556.45 | $0.00 |
| 90A | HANSEL JEREZA | $1,393.55 | $1,393.55 | $0.00 |
| 92 | JIM AMMIRATI | $9,404.79 | $6,051.98 | $0.00 |
| 92A | SECURIAN FOR JIM AMMIRATI | $1,545.21 | $1,545.21 | $0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 93 | JEFFREY D. KLUEGER | $10,950.00 | $10,950.00 | $0.00 |
| 94 | SHERRI CUPLIN | $2,833.33 | $2,833.33 | $0.00 |
| 95 | METROPOLITAN LIFE INSURANCE COMPANY | $2,887.73 | $2,887.73 | $0.00 |
| 96 | MICHAEL JOHNSON | $8,775.00 | $8,775.00 | $0.00 |
| 97 | KRISTEN L. RHODES | $1,288.89 | $1,288.89 | $0.00 |
| 97A | KRISTEN L. RHODES | $70.00 | $70.00 | $0.00 |
| 97B | SECURIAN FOR KRISTEN L. RHODES | $561.88 | $561.88 | $0.00 |
| 98 | ALBERT C. SCHWARTZ | $9,448.12 | $9,448.12 | $0.00 |
| 98A | ALBERT C. SCHWARTZ | $1,501.88 | $1,501.88 | $0.00 |
| 99 | CHARLES SCHUSTER | $9,121.86 | $9,121.86 | $0.00 |
| 99A | SECURIAN FOR CHARLES SCHUSTER | $1,828.14 | $1,828.14 | $0.00 |
| 100 | MIKE CARVER | $3,675.00 | $2,364.86 | $0.00 |
| 100B | MIKE CARVER | $601.88 | $601.88 | $0.00 |
| 101 | KEN WILLIAMS | $2,916.67 | $2,916.67 | $0.00 |
| 101A | KEN WILLIAMS | $310.00 | $310.00 | $0.00 |
| 101B | KEN WILLIAMS | $491.72 | $491.72 | $0.00 |
| 102 | STATE OF NEW JERSEY | $4,000.00 | $0.00 | $4,000.00 |
| 103B | DEPARTMENT OF THE TREASURY-INTERNAL | $15,200.00 | $0.00 | $15,200.00 |
| 104U1 | MIA JACOBS | $70.22 | $70.22 | $0.00 |
| 104U2 | SHEILA MARKSTROM | $1,260.20 | $1,260.20 | $0.00 |
| 104U3 | JEFF RAMSEY | $1,501.88 | $1,501.88 | $0.00 |
| 104U4 | RUSS VITRANO | $1,356.05 | $1,356.05 | $0.00 |
| 104U5 | JOHN SCHEAFFER | $292.87 | $292.87 | $0.00 |
| 105B | OHIO DEPARTMENT OF TAXATION | $41,372.60 | $0.00 | $41,372.60 |
| 106 | Illinois Department of Employment Security | $18,788.13 | $0.00 | $18,788.13 |
| 108 | Sheila Markstrom | $3,038.71 | $0.00 | $0.00 |
| 109 | DEPARTMENT OF TREASURY-INTERNAL REVENUE | $3,981.52 | $3,981.52 | $0.00 |
| 110 | ILLINOIS DEPT. OF REVENUE | $41,945.49 | $0.00 | $41,945.49 |
| | ILLINOIS DEPT. OF REVENUE State Unemployment (Employer) | $10,465.18 | $0.00 | $10,465.18 |
| | INTERNAL REVENUE SERVICE Federal Unemployment (Employer) | $1,924.62 | $0.00 | $1,924.62 |

**UST Form 101-7-NFR (10/1/2010)**

|  | Claimant | Amount | Paid | Balance |
|---|---|---|---|---|
|  | INTERNAL REVENUE SERVICE Medicare (Employer) | $3,488.44 | $0.00 | $3,488.44 |
|  | INTERNAL REVENUE SERVICE Social Security (Employer) | $14,915.90 | $0.00 | $14,915.90 |

|  |  |
|---|---|
| Total to be paid to priority claims: | $210,494.53 |
| Remaining balance: | $5,479,816.74 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $32,059,849.94 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 17.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | CDW | $56,141.47 | $0.00 | $9,634.59 |
| 2 | CDW | $142,447.99 | $0.00 | $24,445.89 |
| 3 | PARK NATIONAL BANK | $2,250,000.00 | $0.00 | $386,128.60 |
| 4 | PINNACLE BUSINESS SOLUTIONS, INC. | $156,888.01 | $0.00 | $26,923.98 |
| 6 | AMERICAN EXPRESS TRAVEL RELATED SER | $232,124.12 | $0.00 | $39,835.45 |
| 7 | THE RECEIVABLES EXCHANGE, LLC | $32,211.00 | $0.00 | $5,527.82 |
| 8 | MOODY BIBLE INSTITUTE OF CHICAGO | $0.00 | $0.00 | $0.00 |
| 9 | THE PRIVATEBANK AND TRUST COMPANY | $923,000.00 | $0.00 | $158,398.53 |
| 11 | DELL MARKETING, L.P. | $652,487.39 | $0.00 | $111,975.13 |
| 12A | MASSACHUSETTS DEPARTMENT OF REVENUE | $0.00 | $0.00 | $0.00 |
| 15 | JOHN F. OLMSTEAD AS ASSIGNEE FROM M | $875,000.00 | $0.00 | $150,161.12 |
| 16 | COMERICA BANK,N.A. | $18,124,690.83 | $0.00 | $3,110,427.37 |
| 17 | INGRAM MICRO, INC. | $478,845.54 | $0.00 | $82,175.98 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 18 | AMERICAN FIRST AID SERVICES, INC. | $75.95 | $0.00 | $13.03 |
| 19 | CORPORATE IMAGING CONCEPTS, INC. | $1,016.42 | $0.00 | $174.43 |
| 20 | MERRICK HEALTHCARE SOLUTIONS, LLC | $2,780.00 | $0.00 | $477.08 |
| 21 | MONSTER | $5,666.67 | $0.00 | $972.47 |
| 22 | Images Copier Services, Inc. | $924.18 | $0.00 | $158.60 |
| 24 | ARBITECH, LLC | $42,154.00 | $0.00 | $7,234.16 |
| 25A | Office of the U.S. Trustee | $975.00 | $0.00 | $0.00 |
| 26 | ULINE | $540.35 | $0.00 | $92.73 |
| 27 | AEL FINANCIAL, LLC | $4,872,564.36 | $0.00 | $836,193.99 |
| 29 | CHERRYSTONEIT, INC. | $7,571.82 | $0.00 | $1,299.42 |
| 30A | CONNECTICUT DEPARTMENT OF REVENUE S | $155.00 | $0.00 | $26.60 |
| 32 | JUSTAN ELECTRICAL CONTRACTING | $36,860.00 | $0.00 | $6,325.64 |
| 33 | TECH DATA CORPORATION | $10,615.14 | $0.00 | $1,821.69 |
| 38 | EXECU-SUITES OF OMAHA | $700.00 | $0.00 | $120.13 |
| 39 | STAPLES BUSINESS ADVANTAGE | $47.53 | $0.00 | $8.16 |
| 49 | ARROW ELECTRONICS, INC., A DELAWARE | $2,851,640.14 | $0.00 | $489,377.70 |
| 53B | ROBERT LAVIOLETTE | $9,102.00 | $0.00 | $1,562.02 |
| 59 | THE TRAVELERS INDEMNITY COMANY AND | $4,484.77 | $0.00 | $769.64 |
| 60 | CREDIT MEDIATORS, INC. (CMI) | $1,020.75 | $0.00 | $175.17 |
| 61B | NED W. COVIC | $11,124.46 | $0.00 | $1,909.10 |
| 64A | STATE OF FLORIDA DEPARTMENT OF REVE | $300.00 | $0.00 | $51.48 |
| 67 | LATISYS-CHICAGO, LLC | $0.00 | $0.00 | $0.00 |
| 71C | STEVEN E. OTTO | $12,825.13 | $0.00 | $2,200.96 |
| 75 | NICOR GAS | $965.93 | $0.00 | $165.77 |
| 77B | TROY HAMMOND | $6,395.75 | $0.00 | $1,097.60 |
| 79B | MICHAEL P. BARNICK | $8,314.31 | $0.00 | $1,426.84 |
| 84B | ARAVIND SRINIVASAN | $1,085.00 | $0.00 | $186.20 |
| 85B | MICHAEL SCHLATTMAN | $125.00 | $0.00 | $21.45 |
| 86B | MIKE DELAPLAIN | $4,277.03 | $0.00 | $734.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 90B | HANSEL JEREZA | $3,958.33 | $0.00 | $679.30 |
| 92B | JIM AMMIRAT1 | $23,879.58 | $0.00 | $4,098.05 |
| 93A | JEFFREY D. KLUEGER | $7,800.00 | $0.00 | $1,338.58 |
| 98B | ALBERT C. SCHWARTZ | $30,453.53 | $0.00 | $5,226.21 |
| 99B | CHARLES SCHUSTER | $33,744.74 | $0.00 | $5,791.03 |
| 103A | DEPARTMENT OF THE TREASURY-INTERNAL | $400.00 | $0.00 | $68.65 |
| 105A | OHIO DEPARTMENT OF TAXATION | $7,800.00 | $0.00 | $1,338.58 |
| 110A | ILLINOIS DEPT. OF REVENUE | $6,094.08 | $0.00 | $1,045.82 |

Total to be paid to timely general unsecured claims:     $5,479,816.74
Remaining balance:     $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims:     $0.00
Remaining balance:     $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims:     $0.00
Remaining balance:     $0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By:  /s/ Gus A. Paloian
              Trustee

Gus A. Paloian
131 S. Dearborn Street
Suite 2400
Chicago, IL, 60603


STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**