**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-36439-PSH |
| | § | |
| SYSIX TECHNOLOGIES, LLC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATION FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Gus A. Paloian, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    219 South Dearborn Street, Chicago, IL 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 3/20/2014, in Courtroom 644, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated:     2/13/14                 By:   /s/ Gus A. Paloian
                                                                              Trustee

Gus A. Paloian
131 S. Dearborn Street
Suite 2400
Chicago, IL, 60603

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:  §  Case No. 09-36439-PSH
  §
SYSIX TECHNOLOGIES, LLC  §
  §
  §
  §
Debtor(s)  §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*       $7,154,312.29
*and approved disbursements of*             $1,228,994.21
*leaving a balance on hand of[1]:*           $5,925,318.08

Claims of secured creditors will be paid as follows:

Total to be paid to secured creditors:       $0.00
Remaining balance:                       $5,925,318.08

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| GUS A. PALOIAN, TRUSTEE, Trustee Fees | $237,879.37 | $56,627.50 | $181,251.87 |
| SEYFARTH SHAW LLP, Attorney for Trustee Fees | $494,480.00 | $458,938.50 | $35,541.50 |
| SEYFARTH SHAW LLP, Attorney for Trustee Expenses | $28,806.96 | $25,147.62 | $3,659.34 |
| POPOWCER KATTEN, LTD., Accountant for Trustee Fees | $13,549.00 | $0.00 | $13,549.00 |
| POPOWCER KATTEN, LTD., Accountant for Trustee Expenses | $30.10 | $0.00 | $30.10 |
| OFFICE OF THE U.S. TRUSTEE    , U.S. Trustee Quarterly Fees | $975.00 | $0.00 | $975.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Total to be paid for chapter 7 administrative expenses:     $235,006.81
Remaining balance:     $5,690,311.27

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:     $0.00
Remaining balance:     $5,690,311.27

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $509,802.04 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | STATE BOARD OF EQUALIZATION | $47,634.26 | $0.00 | $47,634.26 |
| 13 | OHIO DEPARTMENT OF TAXATION | $2,038.17 | $0.00 | $2,038.17 |
| 23 | WENDEE LOPEZ | $1,313.52 | $1,313.54 | $0.00 |
| 23A | Wendee Lopez | $1,354.17 | $0.00 | $0.00 |
| 23B | WENDEE LOPEZ | $326.92 | $326.92 | $0.00 |
| 28 | STATE OF CONNECTICUT/DEPARTMENT OF | $913.00 | $0.00 | $913.00 |
| 30 | Connecticut Department of Revenue Services | $1,680.50 | $0.00 | $1,680.50 |
| 31 | CHRIS MINUCCI | $9,973.63 | $9,973.63 | $0.00 |
| 34 | CAROL A. PRUSANK | $2,350.00 | $2,350.00 | $0.00 |
| 34A | CAROL A. PRUSANK | $188.50 | $188.50 | $0.00 |
| 34B | CAROL A. PRUSANK | $1,129.88 | $1,129.88 | $0.00 |
| 35 | JEFFREY M. VICKERY | $2,935.21 | $2,935.21 | $0.00 |
| 35A | JEFFREY M. VICKERY | $250.00 | $250.00 | $0.00 |
| 35B | SECURIAN-for Jeffrey Vickery | $853.56 | $853.56 | $0.00 |
| 36 | YVETTE D. HOLT | $6,153.47 | $6,153.47 | $0.00 |
| 36B | YVETTE D. HOLT | $1,621.88 | $1,621.88 | $0.00 |
| 37 | LISA VICKERS | $2,062.50 | $2,062.50 | $0.00 |
| 37A | LISA VICKERS | $57.50 | $57.50 | $0.00 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---|---|---|
| 37B | LISA VICKERS | $1,068.19 | $1,068.19 | $0.00 |
| 42 | JOHNNY DAVIS | $1,939.59 | $1,939.59 | $0.00 |
| 42B | JOHNNY DAVIS | $818.52 | $818.52 | $0.00 |
| 43 | JOHN RICHARDS | $5,501.32 | $5,501.32 | $0.00 |
| 43A | JOHN RICHARDS | $484.14 | $484.14 | $0.00 |
| 43B | JOHN RICHARDS | $1,766.42 | $1,766.42 | $0.00 |
| 45 | BOB SHEAFFER | $1,455.18 | $1,455.18 | $0.00 |
| 46 | RITA TIJERINA | $4,041.60 | $4,041.60 | $0.00 |
| 47 | ARKANSAS DEPARTMENT OF FINANCE & AD | $429.87 | $0.00 | $429.87 |
| 50 | WILLIAM LAFLAMME | $9,433.33 | $9,433.33 | $0.00 |
| 50B | WILLIAM LAFLAMME | $1,335.24 | $1,335.24 | $0.00 |
| 51 | MISSISSIPPI DEPARTMENT OF REVENUE | $4,390.50 | $0.00 | $4,390.50 |
| 52 | MUTUAL OF OMAHA INSURANCE COMPANY | $1,930.24 | $1,930.24 | $0.00 |
| 53 | ROBERT LAVIOLETTE | $9,350.20 | $9,350.20 | $0.00 |
| 53A | SECURIAN FOR ROBERT LAVIOLETTE | $1,599.80 | $1,599.80 | $0.00 |
| 54 | LISA FROSHEISER | $4,390.00 | $4,390.00 | $0.00 |
| 54A | LISA FROSHEISER | $75.00 | $75.00 | $0.00 |
| 55 | NICOLE GAVRICK | $4,718.32 | $4,718.32 | $0.00 |
| 55B | NICOLE GAVRICK | $255.24 | $255.24 | $0.00 |
| 56 | ALYSA WALACK | $7,812.17 | $7,812.17 | $0.00 |
| 56A | ALYSA WALACK | $420.00 | $420.00 | $0.00 |
| 56B | ALYSA WALACK | $626.92 | $626.92 | $0.00 |
| 61 | NED W. COVIC | $9,468.95 | $9,468.95 | $0.00 |
| 61A | NED W. COVIC | $1,481.05 | $1,481.05 | $0.00 |
| 64B | STATE OF FLORIDA DEPARTMENT OF REVE | $365.16 | $0.00 | $365.16 |
| 69 | JOHN TAYLOR | $4,668.75 | $4,668.75 | $0.00 |
| 69B | JOHN TAYLOR | $95.96 | $95.96 | $0.00 |
| 70 | SHAWN KUJAK | $7,036.46 | $7,036.46 | $0.00 |
| 70A | SHAWN KUJAK | $742.82 | $742.82 | $0.00 |
| 70B | SHAWN KUJAK | $1,651.89 | $1,651.89 | $0.00 |
| 71 | STEVEN E. OTTO | $9,344.98 | $9,344.98 | $0.00 |
| 71B | STEVEN E. OTTO | $1,605.02 | $1,605.02 | $0.00 |
| 72 | PAUL KOSLOWSKI | $2,887.50 | $2,887.50 | $0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| 72A | PAUL KOSLOWSKI | $1,069.33 | $1,069.33 | $0.00 |
|---|---|---|---|---|
| 72B | PAUL KOSLOWSKI | $1,387.88 | $1,387.88 | $0.00 |
| 73B | ROLAND CHAVEZ | $1,410.88 | $1,410.88 | $0.00 |
| 74 | MATTHEW MODER | $4,891.00 | $4,891.00 | $0.00 |
| 74B | MATTHEW MODER | $561.88 | $561.88 | $0.00 |
| 76 | STATE OF WISCONSIN, DWD-UNEMPLOYMEN | $942.71 | $0.00 | $942.71 |
| 77 | TROY S. HAMMOND | $9,560.62 | $9,560.62 | $0.00 |
| 77A | TROY S. HAMMOND | $1,389.38 | $1,389.38 | $0.00 |
| 78 | WADE SCHEFFNER | $4,000.00 | $4,000.00 | $0.00 |
| 78B | WADE SCHEFFNER | $641.88 | $641.88 | $0.00 |
| 79 | MICHAEL P. BARNICK | $9,981.45 | $9,981.45 | $0.00 |
| 79A | SECURIAN FOR MICHAEL P. BARNICK | $968.55 | $968.55 | $0.00 |
| 80 | MELANIE EGGLESTON | $1,239.79 | $1,239.79 | $0.00 |
| 82 | LORI WALSH | $1,584.33 | $1,584.33 | $0.00 |
| 82B | LORI WALSH | $393.88 | $393.88 | $0.00 |
| 83 | AARON HAMMOND | $5,519.98 | $5,519.98 | $0.00 |
| 83B | SECURIAN FOR AARON HAMMOND | $1,334.38 | $1,334.38 | $0.00 |
| 84 | ARAVIND SRINIVASAN | $5,743.75 | $5,743.75 | $0.00 |
| 84A | ARAVIND SRINIVASAN | $1,688.14 | $1,688.14 | $0.00 |
| 85 | MICHAEL SCHLATTMAN | $5,217.27 | $5,217.27 | $0.00 |
| 85A | MICHAEL SCHLATTMAN | $871.88 | $871.88 | $0.00 |
| 86 | MIKE DELAPLAIN | $9,531.45 | $9,531.45 | $0.00 |
| 86A | SECURIAN FOR MIKE DELAPLAIN | $1,418.55 | $1,418.55 | $0.00 |
| 87 | CHRISTINE WESBY | $3,281.25 | $3,281.25 | $0.00 |
| 87A | CHRISTINE WESBY | $62.50 | $62.50 | $0.00 |
| 87B | CHRISTINE WESBY | $1,051.88 | $1,051.88 | $0.00 |
| 88 | NANCY BRUCE | $3,135.00 | $3,135.00 | $0.00 |
| 88B | NANCY BRUCE | $781.88 | $781.88 | $0.00 |
| 89 | SHANIN DRANE | $2,086.10 | $2,086.10 | $0.00 |
| 89B | SECURIAN FOR SHANIN DRANE | $577.08 | $577.08 | $0.00 |
| 90 | HANSEL JEREZA | $9,556.45 | $9,556.45 | $0.00 |
| 90A | HANSEL JEREZA | $1,393.55 | $1,393.55 | $0.00 |
| 92 | JIM AMMIRATI | $9,404.79 | $6,051.98 | $0.00 |
| 92A | SECURIAN FOR JIM AMMIRATI | $1,545.21 | $1,545.21 | $0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 93 | JEFFREY D. KLUEGER | $10,950.00 | $10,950.00 | $0.00 |
| 94 | SHERRI CUPLIN | $2,833.33 | $2,833.33 | $0.00 |
| 95 | METROPOLITAN LIFE INSURANCE COMPANY | $2,887.73 | $2,887.73 | $0.00 |
| 96 | MICHAEL JOHNSON | $8,775.00 | $8,775.00 | $0.00 |
| 97 | KRISTEN L. RHODES | $1,288.89 | $1,288.89 | $0.00 |
| 97A | KRISTEN L. RHODES | $70.00 | $70.00 | $0.00 |
| 97B | SECURIAN FOR KRISTEN L. RHODES | $561.88 | $561.88 | $0.00 |
| 98 | ALBERT C. SCHWARTZ | $9,448.12 | $9,448.12 | $0.00 |
| 98A | ALBERT C. SCHWARTZ | $1,501.88 | $1,501.88 | $0.00 |
| 99 | CHARLES SCHUSTER | $9,121.86 | $9,121.86 | $0.00 |
| 99A | SECURIAN FOR CHARLES SCHUSTER | $1,828.14 | $1,828.14 | $0.00 |
| 100 | MIKE CARVER | $3,675.00 | $2,364.86 | $0.00 |
| 100B | MIKE CARVER | $601.88 | $601.88 | $0.00 |
| 101 | KEN WILLIAMS | $2,916.67 | $2,916.67 | $0.00 |
| 101A | KEN WILLIAMS | $310.00 | $310.00 | $0.00 |
| 101B | KEN WILLIAMS | $491.72 | $491.72 | $0.00 |
| 102 | STATE OF NEW JERSEY | $4,000.00 | $0.00 | $4,000.00 |
| 103B | DEPARTMENT OF THE TREASURY-INTERNAL | $15,200.00 | $0.00 | $15,200.00 |
| 104U1 | MIA JACOBS | $70.22 | $70.22 | $0.00 |
| 104U2 | SHEILA MARKSTROM | $1,260.20 | $1,260.20 | $0.00 |
| 104U3 | JEFF RAMSEY | $1,501.88 | $1,501.88 | $0.00 |
| 104U4 | RUSS VITRANO | $1,356.05 | $1,356.05 | $0.00 |
| 104U5 | JOHN SCHEAFFER | $292.87 | $292.87 | $0.00 |
| 105B | OHIO DEPARTMENT OF TAXATION | $41,372.60 | $0.00 | $41,372.60 |
| 106 | Illinois Department of Employment Security | $18,788.13 | $0.00 | $18,788.13 |
| 108 | Sheila Markstrom | $3,038.71 | $0.00 | $0.00 |
| 109 | DEPARTMENT OF TREASURY-INTERNAL REVENUE | $3,981.52 | $3,981.52 | $0.00 |
| 110 | ILLINOIS DEPT. OF REVENUE | $41,945.49 | $0.00 | $41,945.49 |
| | ILLINOIS DEPT. OF REVENUE State Unemployment (Employer) | $10,465.18 | $0.00 | $10,465.18 |
| | INTERNAL REVENUE SERVICE Federal Unemployment (Employer) | $1,924.62 | $0.00 | $1,924.62 |

**UST Form 101-7-NFR (10/1/2010)**

|  | INTERNAL REVENUE SERVICE Medicare (Employer) | $3,488.44 | $0.00 | $3,488.44 |
|---|---|---|---|---|
|  | INTERNAL REVENUE SERVICE Social Security (Employer) | $14,915.90 | $0.00 | $14,915.90 |

Total to be paid to priority claims:  $210,494.53
Remaining balance:  $5,479,816.74

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $32,059,849.94 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 17.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | CDW | $56,141.47 | $0.00 | $9,634.59 |
| 2 | CDW | $142,447.99 | $0.00 | $24,445.89 |
| 3 | PARK NATIONAL BANK | $2,250,000.00 | $0.00 | $386,128.60 |
| 4 | PINNACLE BUSINESS SOLUTIONS, INC. | $156,888.01 | $0.00 | $26,923.98 |
| 6 | AMERICAN EXPRESS TRAVEL RELATED SER | $232,124.12 | $0.00 | $39,835.45 |
| 7 | THE RECEIVABLES EXCHANGE, LLC | $32,211.00 | $0.00 | $5,527.82 |
| 8 | MOODY BIBLE INSTITUTE OF CHICAGO | $0.00 | $0.00 | $0.00 |
| 9 | THE PRIVATEBANK AND TRUST COMPANY | $923,000.00 | $0.00 | $158,398.53 |
| 11 | DELL MARKETING, L.P. | $652,487.39 | $0.00 | $111,975.13 |
| 12A | MASSACHUSETTS DEPARTMENT OF REVENUE | $0.00 | $0.00 | $0.00 |
| 15 | JOHN F. OLMSTEAD AS ASSIGNEE FROM M | $875,000.00 | $0.00 | $150,161.12 |
| 16 | COMERICA BANK,N.A. | $18,124,690.83 | $0.00 | $3,110,427.37 |
| 17 | INGRAM MICRO, INC. | $478,845.54 | $0.00 | $82,175.98 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---|---|---|
| 18 | AMERICAN FIRST AID SERVICES, INC. | $75.95 | $0.00 | $13.03 |
| 19 | CORPORATE IMAGING CONCEPTS, INC. | $1,016.42 | $0.00 | $174.43 |
| 20 | MERRICK HEALTHCARE SOLUTIONS, LLC | $2,780.00 | $0.00 | $477.08 |
| 21 | MONSTER | $5,666.67 | $0.00 | $972.47 |
| 22 | Images Copier Services, Inc. | $924.18 | $0.00 | $158.60 |
| 24 | ARBITECH, LLC | $42,154.00 | $0.00 | $7,234.16 |
| 25A | Office of the U.S. Trustee | $975.00 | $0.00 | $0.00 |
| 26 | ULINE | $540.35 | $0.00 | $92.73 |
| 27 | AEL FINANCIAL, LLC | $4,872,564.36 | $0.00 | $836,193.99 |
| 29 | CHERRYSTONEIT, INC. | $7,571.82 | $0.00 | $1,299.42 |
| 30A | CONNECTICUT DEPARTMENT OF REVENUE S | $155.00 | $0.00 | $26.60 |
| 32 | JUSTAN ELECTRICAL CONTRACTING | $36,860.00 | $0.00 | $6,325.64 |
| 33 | TECH DATA CORPORATION | $10,615.14 | $0.00 | $1,821.69 |
| 38 | EXECU-SUITES OF OMAHA | $700.00 | $0.00 | $120.13 |
| 39 | STAPLES BUSINESS ADVANTAGE | $47.53 | $0.00 | $8.16 |
| 49 | ARROW ELECTRONICS, INC., A DELAWARE | $2,851,640.14 | $0.00 | $489,377.70 |
| 53B | ROBERT LAVIOLETTE | $9,102.00 | $0.00 | $1,562.02 |
| 59 | THE TRAVELERS INDEMNITY COMANY AND | $4,484.77 | $0.00 | $769.64 |
| 60 | CREDIT MEDIATORS, INC. (CMI) | $1,020.75 | $0.00 | $175.17 |
| 61B | NED W. COVIC | $11,124.46 | $0.00 | $1,909.10 |
| 64A | STATE OF FLORIDA DEPARTMENT OF REVE | $300.00 | $0.00 | $51.48 |
| 67 | LATISYS-CHICAGO, LLC | $0.00 | $0.00 | $0.00 |
| 71C | STEVEN E. OTTO | $12,825.13 | $0.00 | $2,200.96 |
| 75 | NICOR GAS | $965.93 | $0.00 | $165.77 |
| 77B | TROY HAMMOND | $6,395.75 | $0.00 | $1,097.60 |
| 79B | MICHAEL P. BARNICK | $8,314.31 | $0.00 | $1,426.84 |
| 84B | ARAVIND SRINIVASAN | $1,085.00 | $0.00 | $186.20 |
| 85B | MICHAEL SCHLATTMAN | $125.00 | $0.00 | $21.45 |
| 86B | MIKE DELAPLAIN | $4,277.03 | $0.00 | $734.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 90B | HANSEL JEREZA | $3,958.33 | $0.00 | $679.30 |
| 92B | JIM AMMIRAT1 | $23,879.58 | $0.00 | $4,098.05 |
| 93A | JEFFREY D. KLUEGER | $7,800.00 | $0.00 | $1,338.58 |
| 98B | ALBERT C. SCHWARTZ | $30,453.53 | $0.00 | $5,226.21 |
| 99B | CHARLES SCHUSTER | $33,744.74 | $0.00 | $5,791.03 |
| 103A | DEPARTMENT OF THE TREASURY-INTERNAL | $400.00 | $0.00 | $68.65 |
| 105A | OHIO DEPARTMENT OF TAXATION | $7,800.00 | $0.00 | $1,338.58 |
| 110A | ILLINOIS DEPT. OF REVENUE | $6,094.08 | $0.00 | $1,045.82 |

Total to be paid to timely general unsecured claims:  $5,479,816.74
Remaining balance:  $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims:  $0.00
Remaining balance:  $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims:  $0.00
Remaining balance:  $0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/ Gus A. Paloian
_____
Trustee

Gus A. Paloian
131 S. Dearborn Street
Suite 2400
Chicago, IL, 60603

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                              United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                                  Case No. 09-36439-PSH
Sysix Technologies, LLC                                                 Chapter 7
          Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0752-1          User: dgomez                  Page 1 of 7                   Date Rcvd: Feb 14, 2014
                              Form ID: pdf006               Total Noticed: 244


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 16, 2014.
dbpos         Sysix Technologies, LLC,    1010 Executive Drive,    Suite 280,    Westmont, IL 60559-6187
aty          +Seyfarth Shaw LLP,    131 S Dearborn Street,    Suite 2400,    Chicago, IL 60603-5863
14814805     +AFC Worldwide Express,    975 Cobb Place Boulevard, Suite 101,    Kennesaw, GA 30144-6848
14814877     +Aaron Hammond,    918 Abbey Court,    Sugar Grove, IL 60554-9204
14814802     +Acamard Technologies, Inc.,    2385 Hammond Drive,    Suite 9,    Schaumburg, IL 60173-3844
14814806      Aflac,   1932 Wynnton Road,    Columbus, GA 31999-0001
14814807      Alan Abrams,   6676 N. Lincolnwood Ave.,    Lincolnwood, IL 60712
14814960     +Albert C. Schwartz,    1410 Fairway Circle,    Geneva, IL 60134-3177
14815001     +Alysa Walack,    364 Hawthorne Road,    Buffalo Grove, IL 60089-3417
14814808      American Express,    P.O. Box 297879,    Ft. Lauderdale, FL 33329-7879
14804582      American Express Travel Related Services,    Co, Inc Corp Card,    POB 3001,
               Malvern, PA 19355-0701
14814809     +American First Aid Services, Inc.,    784 Church Road,    Elgin, IL 60123-9306
14814812     +Aon Risk Services,    1001 Brickell Bay Drive,    Suite 1100,    Miami, FL 33131-2948
14814970     +Aravind Srinivasan,    913 W. Aspen Ct.,    Palatine, IL 60067-0712
14814813     +Arbitech, LLC,   15330 Barranca Parkway,    Irvine, CA 92618-2215
14814814     +Arizona Department of Economics,    1717 W. Jefferson, Room 119,    Phoenix, AZ 85007-3202
14814819     +Awesome Vending, Inc.,    434 Starwood Pass,    Lake in the Hills, IL 60156-4876
14814820      B&F Coffee Service,    3535 Commercial Avenue,    Northbrook, IL 60062-1848
14813294     +Bankfinancial FSB,    15W060 N. Frontage Road,    Burr Ridge, IL 60527-6928
14814823      Blue Cross Blue Shield of Illinois,    500 E. Randolph Street,    Chicago, IL 60601-5099
14814963     +Bob Sheaffer,    310 Busse Hwy #357,    Park Ridge, IL 60068-3251
14814803     +Bryce Ackerman,    25747 Somerset Court,    Hawthorn Woods, IL 60047-7538
15192860     ++CALIFORNIA STATE BOARD OF EQUALIZATION,    ACCOUNT REFERENCE GROUP MIC 29,     P O BOX 942879,
               SACRAMENTO CA 94279-0029
              (address filed with court: State Board of Equalization,     Special Operations Branch MIC:55,
               P O Box 942879,    Sacramento, CA 94279)
14813295     +CB Richard Ellis, Inc,    SMII Oak Creek, LP, Oak Creek Prop.,    580 Waters Edge , Suite 220,
               Lombard, IL 60148-7003
14814829     +CBRichard Ellis, Inc.,    SMII Oak Creek, LP,    Oak Creek Properties,    580 Waters Edge, Suite 220,
               Lombard, IL 60148-7003
14569204     +CDW,   200 N. Milwaukee Ave,    Attn: Vida Krug,    Vernon Hills, IL 60061-1577
14569248     +CDW,   Attn: Vida Krug,    200 N. Milwaukee Ave,    Vernon Hills, IL 60061-1577
15432229     ++CONNECTICUT DEPARTMENT OF REVENUE SERVICES,    C & E DIVISION BANKRUPTCY UNIT,
               25 SIGOURNEY STREET,    HARTFORD CT 06106-5041
              (address filed with court: Connecticut Department of Revenue Services,
               C&E Division, Bankruptcy Section,    25 Sigourney Street,    Hartford, CT 06106)
14814825     #+Call One,   123 N. Wacker Drive, 7th Floor,    Chicago, IL 60606-1796
14814826      Canvas Systems,    P. O. Box 116922,    Atlanta, GA 30368-6922
14814827      Capital One,    P.O. Box 85617,    Richmond, VA 23285-5617
14814942     +Carol A. Prusank,    3341 N. Newland,    Chicago, IL 60634-3758
14814959     +Charles Schuster,    770 White Blossom Court,    Powder Springs, GA 30127-6416
14814832     +CherryStoneIT, Inc.,    7632 Woodwind Drive #101,    Huntington Beach , CA 92647-7524
14814912     +Chris Minucci,    1072 E. Broadway,    Milford, CT 06460-6415
14815005     +Christine Wesby,    16W571 Mockingbird Lane, #202,    Willowbrook, IL 60527-6629
14814834      Cingular Wireless,    175 E. Houston Street,    San Antonio, TX 78205-2255
14814835     +City of Tucson,    License Section,    255 W. Alameda,    Tucson, AZ 85701-1303
14814837      Comcast,    P.O. Box 3002,    Southeastern, PA 19398-3002
14813296     +Comerica Bank,    P O Box 641618,    Detroit, MI 48264-1618
15399720     +Comerica Bank,N.A.,    c/o Bodman, LLP,    Gregory M. Ryan,    6th Fl. at Ford Field,
               1901 St. Antoine St.,    Detroit, MI 48226-2310
14814840      Commonwealth of Pennsylvania,    Department of Revenue,    P.O. Box 280904,
               Harrisburg, PA 17128-0904
14813297     +Community Bank of Ravenswood,    2300 W. Lawrence,    Chicago, IL 60625-1914
14814842     +Completely Cleaning Company, Inc.,    615 Wheat Lane,    Wood Dale, IL 60191-1103
14814843      Comptroller of Maryland,    Revenue Administration Division,    Annapolis, MD 21411-0001
14814844      Connecticut Department of Labor,    Merit Rating Unit,    Wethersfield, CT 06109-1114
14814845     +Corporate Imaging Concepts, Inc.,    308 Wainwright Drive,    Northbrook, IL 60062-2325
14814847      Credit Mediators, Inc. (CMI),    For Canvas Systems,    P.O Box 456,    Upper Darby, PA 19082-0456
14814850      D&B,   5800 Airport Boulevard,    Austin, TX 78752-4204
14814811     +David Anteliz,    7530 Gladstone Drive,    Naperville, IL 60565-1126
14813298     +Dell Marketing, L P,    c/o Dell USA L P,    P O Box 534118,    Atlanta, GA 30353-4118
14814858     +EMC Corporation,    176 South Street,    Hopkinton, MA 01748-2230
14814859      Employment Development Department,    State of California,    Social Authorization Center  857,
               P.O. Box 19009,    San Bernardino, CA 92423-9009
14814861     +Execu-Suites of Omaha,    12020 Shamrock Plaza, Suite 200,    Omaha, NE 68154-3537
14814865     +FGMK, LLC,   2801 Lakeside Drive  Third Floor,    Bannockburn, IL 60015-1211
14814862      FedEx,   P.O. Box 94515,    Palatine, IL 60094-4515
14814863      FedEx Custom Critical,    P.O. Box 371627,    Pittsburgh, PA 15251-7627
14814866     +Financial Marketing Solutions Inc.,    406 Main Street, Suite B,    Redwing, MN 55066-2390
14814868      First Bank,    P.O. Box 407066,    Ft. Lauderdale, FL 33340-7066
14813299     +First Eagle National Bank,    1040 Lake Street,    Hanover Park, IL 60133-5466
14814870     +FlexSource, LLC,    P.O. Box 828,    Elmhurst, IL 60126-0828
14814871      Florida Department of Revenue,    5050 W. Tennessee Street,    Tallahassee, FL 32399-0100
```

```
District/off: 0752-1           User: dgomez                Page 2 of 7                   Date Rcvd: Feb 14, 2014
                               Form ID: pdf006             Total Noticed: 244

14814873      +Friedman, Goldberg, Mintz,    & Kallergis LLC,    2275 Half Day Road, Suite 300,
                Bannockburn, IL 60015-1232
14814876      +Government Data Publications, Inc.,     Accounts Receivable Dept.,    GDP Building,
                1661 McDonald Avenue,    Brooklyn, NY 11230-6312
14814893      +Hansel Jereza,    922 N. Quince Lane,    Mount Prospect, IL 60056-1566
14814879       Harbor Capital, LLC,    1364 East Lane East,    Lake Forest, IL 60045
14813300      +Highland Community Bank,    1701 W. 87th Street,    Chicago, IL 60620-4899
14814881      +Hinsdale Bank & Trust,    26 E. First Street,    Hinsdale, IL 60521-4102
14814883      +Hoovers, Inc.-EWS,    5800 Airport Blvd.,    Austin, TX 78752-3826
14814975     ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,    CHICAGO IL 60664-0338
              (address filed with court: State of Illinois,     Department of Revenue,    P.O. Box 19043,
                Springfield, IL 62794-9043)
17301348      +Illinois Department of Employment Security,     33 South State Street,
                Chicago, Illinois 60603-2808
15713664      +Illinois Department of Employment Security,     33 South State Street,
                Chicago, Illinois 60603-2808,    Attn: Bankruptcy Unit - 10th flr.
15816463       Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
14813313      +Illinois Dept of Employment Security,     Benefit Payment Control Division,    PO Box 4385,
                Chicago IL 60680-4385
14814884      +Illinois Dept. of Employment Security,     723 W. Algonquin Road,
                Arlington Heights, IL 60005-4432
14814885       Illinois Tollway,    P.O Box 5201,    Lisle, IL 60532-5201
15411089      +Images Copier Services, Inc.,    945 National Ave.,    Addison, IL 60101-3125
14814891      +InMage Systems, Inc.,    3255 -1 Scott Blvd., #1,    Santa Clara, CA 95054-3017
14814888      +Indiana Wesleyan University,    4201 S. Washington Street,     Marion, IN 46953-4974
14814889       Infinisource,    19 E. Washington Street,    P.O. Box 889,    Coldwater, MI 49036-0889
14814892      +Innovative Network Systems, Inc.,     5 Public Square, Suite 101,    Cartersville, GA 30120-3354
14814913      +Jack Olmstead,    Mishawaka Leasing Co., Inc.,    7901 Southpark Plaza,    Suite 70,
                Littleton, CO 80120-4505
14813301      +Jack Olmstead/Mishawka Leasing Co.,     7901 Southpark Plaza, Suite 70,    Littleton, CO 80120-5629
14814945      +Jeff Ramsey,    4324 N. Kedzie Avenue, #3W,    Chicago, IL 60618
14814897     #+Jeffrey D. Klueger,    3286 Isola Way,    Lafayette, CA 94549-1923
14814816      +Jeffrey Galen, Esq.,    Arrow Electronics, Inc.,    Galen & Davis LLP,
                16255 Ventura Blvd., Suite 900,    Encino, CA 91436-2317
14814995      +Jeffrey M. Vickery,    1528 Marquette Road,    Joliet, IL 60435-6716
15379182      +John F. Olmstead as assignee from Mishawaka,     Leasing Co., Inc,
                Brownstein Hy7att Farber Schreck et al,     410-17th Street, Suite 2200,    Denver, CO 80202-4432
14814951      +John Richards,    217 Crooked Stick Pass,    North Prairie, WI 53153-9622
14814979      +John Taylor,    3386 Ravinia Circle,    Aurora, IL 60504-3142
14814851      +Johnny Davis,    823 Summit Creek Drive,    Shorewood, IL 60404-8264
15447259      +Justan Electrical Contracting,    Ron Fein,    Justan Electrical Contracting,    1225 Madison Avenue,
                Paterson, NJ 07503-7601
14814895      +K&M Printing Co.,    1410 N. Meachum Road,    Schaumburg, IL 60173-4845
14814896      +KBS Realty Advisors, LLC,    Attn: Mark Brecheen,    620 Newport Center Drive,    Suite 1300,
                Newport Beach, CA 92660-8013
16278879      +Ken Williams,    884 Goodrich Pl,    Palatine, IL 60067-2252
14815006      +Ken Williams,    1841 W. Evergreen, #1R,    Chicago, IL 60622-2197
14814950      +Krissy Rhodes,    2275 Peach Tree Drive, #3,    Fairfield, CA 94533-2162
14814901      +Latisys-Chicago, LLC,    1808 Swift Drive,    Oakbrook, IL 60523-1595
15478325      +Lisa Vickers,    1307 Oneida St.,    Joliet, IL 60435-6845
14814994      +Lisa Vickers,    102 Ambassador,    Romeoville, IL 60446-1114
14815002      +Lori Walsh,    1208 Leonard Drive,    Plainfield, IL 60586-2502
15307647      +Massachusetts Department of Revenue,     Bankruptcy Unit,    P.O.Box 9564,    Boston, MA 02114-9564
14814906      +Massachusetts Dept. of Revenue,    P.O. Box 7065,    Boston, MA 02204-7065
14814915      +Matthew Moder,    1135 Coventry Lane,    Bolingbrook, IL 60440-4528
14814907       Mercedes-Benz Financial,    P.O. Box 9001680,    Louisville, KY 40290-1680
14814908      +Meridian IT Inc.,    Nine Parkway North,    Deerfield IL 60015-2545
14814909      +Merrick Healthcare Solutions, LLC,     c/o Merrick Ventures,    233 N. Michigan, Suite 2330,
                Chicago, IL 60601-5946
14814910       MetLife,    Commerce Bank,    811 Main Street, 7th Floor,    Kansas City, MO 64105-2005
16250375      +Metropolitan Life Insurance Company,     Gregg P. Hirsch, Assoc. General Counsel,
                Law Department/MetLife Group,    1095 Avenue of the Americas,    New York, NY 10036-6797
14814822       Michael P. Barnick,    0N 844 W. Cortis Square,    Geneva, IL 60134
14814958      +Michael Schlattman,    14916 S. Hawthorn Circle,    Plainfield, IL 60544-2106
14814911       Micro Center,    4055 Leap Road,    P.O. Box 848,    Hilliard, OH 43026-0848
14814828      +Mike Carver,    3043 Fairfield Lane,    Aurora, IL 60504-3290
14814852       Mike Delaplain,    1904 Cypress Point,    West Austin, TX 78746
14814916      +Monster,    P.O. Box 245024,    Milwaukee, WI 53224-9524
14993342      +Moody Bible Institute of Chicago,     c/o William J. Connelly,    Hinshaw & Culbertson LLP,
                222 N. LaSalle St.-300,    Chicago, IL 60601-1081
14814965      +Mr. Kurt L. Singleton,    Mr. Robert G. Ragland,    AEL Financial, LLC,    600 N. Buffalo Grove Road,
                Buffalo Grove, IL 60089-2411
14814922       NEC Corporation of America,    6535 N. State Highway 161,    Irving, TX 75039-2402
16224525      +Nancy Bruce,    123 W 83rd St,    Willowbrook, IL 60527-6124
14814824      +Nancy Bruce,    123 W. 83rd Street,    Hinsdale, IL 60527-6124
14814918      +National City Commercial,    Capital Corporation,    5134 Amherst Trail Drive,
                Charlotte, NC 28226-3524
14813303      +National City Commerical Capital,     5134 Amherst Trail Drive,    Charlotte, NC 28226-3524
14814921       Nebraska Department of Revenue,    P.O. Box 98923,    Lincoln, Nebraska 68509-8923
14814923      +NeverFail Group,    3839 Bee Caves Road, Suite 100,    Austin, TX 78746-6400
```

```
District/off: 0752-1          User: dgomez               Page 3 of 7                  Date Rcvd: Feb 14, 2014
                              Form ID: pdf006            Total Noticed: 244


14798591       +New York State Department of,    Taxation and Finance,    Bankruptcy Section,    P O Box 5300,
                 Albany, NY 12205-0300
14814924        New York State Dept.,    of Taxation and Finance,    P.O. Box 5300,    Albany, NY 12205-0300
14814875       +Nicole Gavrick,    1325 Brentwood Trail,    Bolingbrook, IL 60490-4948
14814927        North Carolina Dept. of Revenue,     P.O. Box 25000,    Raleigh, NC 27640-0001
14814928       #North Shore Gas,    P.O. Box A3991,    Chicago, IL 60690-3991
14814929       +Northwestern Mutual,    720 East Wisconsin Avenue,    Milwaukee, WI 53202-4703
15331442       +OHIO DEPARTMENT OF TAXATION,    BANKRUPTCY DIVISION,    P.O. BOX 530,    COLUMBUS, OH 43216-0530
14814931        Ohio Department of Taxation,    Compliance Division,    P.O. Box 2678,    Columbus, OH 43216-2678
14813304       +Old Second National Bank,    37 South River Street,    Aurora, IL 60506-4172
14814932        Ontario Ministry of Revenue,    33 King Street West,    P.O. Box 627,    Oshawa, ON L1H 8H5
14814934        PA Department of Labor and Industry,     Employers Charge Section,    P.O. Box 67504,
                 Harrisburg, PA 17106-7504
14814935       +Park National Bank,    c/o Thomas V. Askounis,    Askounis & Darcy PC,
                 401 North Michigan, Suite 550,    Chicago, IL 60611-5523
14590116       +Park National Bank,    c/o Thomas V. Askounis,    Askounis & Darcy, PC,
                 401 North Michigan Avenue, Suite 550,     Chicago, IL 60611-5523
20103394       +Park National Bank n/k/a U.S. Bank,     c/o Askounis & Darcy, PC,
                 444 N. Michigan Avenue, Suite 3270,     Chicago, IL 60611-3906
14814898       +Paul Koslowski,    13515 Marigold Rd,    Plainfield, IL 60544-1927
14814936       +Paylocity Payroll,    3850 N. Wilke Road,    Arlington Heights, IL 60004-1269
14814872       +Peter Freedman,    1733 Brittany Drive,    Maple Glen, PA 19002-3155
14694998       +Pinnacle Business Solutions, Inc.,     c/o Laurence J. Oleksa,    Perkins Coie LLP,
                 131 S. Dearborn Street, Suite 1700,     Chicago, IL 60603-5559
14814937        Pinnacle Business Solutions, Inc.,     c/o David J. Gold,    Perkins Coie LLP,
                 131 S. Dearborn Street, Suite 1700,     Chicago, IL 60603-5559
14814939        Pre-Paid Legal Services, Inc.,    P.O. Bo 2629,    Ada, OK 74821-2629
14814940       +Private Bank and Trust Company,    c/o Forrest Lammiman,     Meltzer, Purtill & Stelle LLC,
                 1515 Woodfield Road, Second Floor,     Schaumburg, IL 60173-5431
14813305       +Private Bank and Trust Company,    c/o Forrest Lamiman,    1515 Woodfield Road, 2nd Floor,
                 Schaumburg, IL 60173-5431
14814941       +Promark Technology, Inc.,    10900 Pump House Road, Suite B,     Annapolis Junction, MD 20701-1208
14814943       +Quality Distribution, Inc,    Accounts Payable Audit Office,     3441 Barley Court,
                 Lakeland, FL 33803-5973
14814944        Quill Corporation,    P.O. Box 37600,    Philadelphia, PA 19101-0600
14814953       +RMS,    4836 Brecksville Road,    P.O. Box 52,    Richfield, OH 44286-0052
14814947       +Red Coat Publishing, LLC,    200 E. Randolph Drive,    70th Floor  AON Center,
                 Chicago, IL 60601-6436
14814948       +Regus Management Group, LLC,    One Gateway Center,    Suite 2600,    Newark, NJ 07102-5323
14813306       +Republic Bank of Chicago,    2221 Camden Court,    Oak Brook, IL 60523-4516
14814952       +Ricoh,    5 Dedrick Place,    West Caldwell, NJ 07006-6398
14814982       +Rita Tijerina,    9828 S. Rutherford Avenue,    Oak Lawn, IL 60453-2148
14814902       +Robert LaViolette,    28 Matisse Circle,    Aliso Viejo, CA 92656-3861
14813307       +Rockwell Financial,    c/o Steven E. Abelman, Esq.,    410 17th Street, Ste 2200,
                 Denver, CO 80202-4432
14813308       +Rockwell Financial,    9085 E. Mineral Circle, Ste 320,     Centennial, CO 80112-3431
14814956       +Rollcall Business Conferencing Solutions,     5000 Sawgrass Village Circle,    Suite 30,
                 Ponte Vedra Beach, FL 32082-5042
14814801       +Ronald Abrams,    6676 N. Lincoln Ave.,    Lincolnwood, IL 60712-3601
14814998       +Russell Vitrano Jr.,    1107 Northshore Drive,    Wauconda, IL 60084-1043
14814926      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,     PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:  NJ Division of Taxation,    Delinquency Collections,    P.O. Box 272,
                 Trenton, NJ 08695-0272)
14814961       +Securian,    Attn: Tamra Nelson,    400 Robert Street North,    St. Paul, MN 55101-2098
14814962       +Semmelman & Semmelman, Ltd.,    900 North Shore Drive,    Suite 250,    Lake Bluff, IL 60044-2253
14814856       +Shanin Drane,    324 Judith Circle,    Oswego, IL 60543-7333
14814905       +Sheila Markstrom,    106 Preakness Dr.,    Oswego, IL 60543-4082
14814848       +Sherri Cuplin,    455 W. Wood Street, Unit #310,    Palatine, IL 60067-7803
14814964       +Signature Technology Group, Inc.,     2424 West Desert Cove Avenue,    Phoenix, AZ 85029-4713
14814966       +Sonitrol Chicagoland West,    1275 West Roosevelt Road,    Suite 123,    West Chicago, IL 60185-4816
14814968       +Specialty Enterprises, Inc.,    720 W. 121st Avenue,    Westminster, CO 80234-4210
14813309       +Staples Business Advantage,    500 Staples Drive,    Framingham, MA 01702-4474
14814974       +State of California,    Board of Equalization,    P.O. Box 942879,    Sacramento, CA 94579-0001
15431576       +State of Connecticut/Department of Revenue Svcs.,     Collection & Enforcement Div/,
                 Bankruptcy Sect.,    25 Sigourney Street,    Hartford, CT 06106-5041
15767894        State of Florida Department of Revenue,     Bankruptcy Section,    Post Office Box 6668,
                 Tallahassee, Florida   32314-6668
14814976       +State of Illinois Department of Labor,     Fair Labor Standards  Wage Claims Secti,
                 160 N. LaSalle St., Suite C-1300,    Chicago, IL 60601-3114
14814977        State of Nebraska,    Department of Revenue,    P.O. Box 94818,    Lincoln, NE 68509-4818
14814933       +Steven E. Otto,    14711 S. Eastern Ave.,    Plainfield, IL 60544-2949
14814864       +Steven Feiger,    Crawford Supply,    8150 Lehigh,    Morton, IL 60053-2641
14814980        Tech Data Corporation,    P.O. Box 93836,    Chicago, IL 60673-3836
15454208       +Tech Data Corporation,    c/o Mike Zava, Senior VP,    Credit & Customer Service,
                 5350 Tech Data Drive, MS:A3-18,    Clearwater FL 33760-3122
14814981        Texas Workforce Commission,    Box 149346,    Austin, TX 78714-9346
14813310       +The  Receivables Exchange,    c/o David S. Willenzik,    601 Poydras Street, 12th FL,
                 New Orleans, LA 70130-6029
```

```
District/off: 0752-1          User: dgomez                 Page 4 of 7                   Date Rcvd: Feb 14, 2014
                              Form ID: pdf006              Total Noticed: 244


15171685     +The PrivateBank and Trust Company,    1110 Jorie Blvd.,    Oak Brook, IL 60523-2223,
               Attn: Matthew Massa
14814946     +The Receivables Exchange,    c/o David S. Willenzik,    McGlinchey Stafford PLLC,
               601 Poydras Street. 12th Floor,    New Orleans, LA 70130-6029
14859423     +The Receivables Exchange, LLC,    c/o Craig L. Caesar,    McGlinchey Stafford,PLLC,
               2711 N. Haskell Ave, Ste 2700,    Dallas, TX 75204-2902
15719609     +The Travelers Indemnity Comany and It's Affiliates,     c/o RMS Bankruptcy Recovery Services,
               P O Box 5126,   Timonium, MD 21094-5126
14814867     +Thomas Fiore,    Fiore Quality Furniture,    4615 West 20th Street,    Cicero, IL 60804-2512
14814984     +Travelers,   CISA,    2170 Point Boulevard, Suite 600,    Elgin, IL 60123-7886
14814983      Travelers Insurance,    P.O. Box 26208,    Richmond, VA 23260-6208
14814985     +Tri-Technical Service,    675-P Tollgate Road,    Elgin, IL 60123-9352
14814878      Troy S. Hammond,    5107 Thornberry Dr,    Plainfield, IL 60544
14814990      U.S. Department of Commerce,    Economics and Statistics Administration,    U.S. Census Bureau,
               Jeffersonville, IN 47132-0001
16600016     +U.S. Department of Labor, EBSA for Sysix,    Technologies, LLC,    401k Profit Sharing Plan,
               230 South Dearborn Street, Suite 2160,    Chicago, IL 60604-1735
14814991      US Department of Education,    P.O. Box 4144,    Greenville, TX 75403-4144
14814987     +Unisys Corporation,    99865 Collection Center Drive,    Chicago, IL 60696-0001
14814988      United Van Lines, LLC,    22304 Network Place,    Chicago, IL 60673-1223
14814989     +University of Bridgeport,    Library Administration,    126 Park Avenue,
               Bridgeport, CT 06604-7620
14815000      VSP,   P.O. Box 997100,    Sacramento, CA 95899-7100
14814993      Vermont Department of Taxes,    P.O. Box 588,    Montpelier, VT 05601-0588
14814996     +Village of Lombard,    255 E. Wilson Avenue,    Lombard, IL 60148-3931
14814997      Virginia Department of Taxation,    P.O. Box 2156,    Richmond, VA 23218-2156
14813312     +Wells Fargo Equipment Finance, Inc,    733 Marquette Ave, Ste 700,    Minneapolis, MN 55402-2309
14815004      Wells Fargo of California Insurance Services, Inc.,     21250 Hawthorne Boulevard,   Suite 600,
               Torrance, CA 90503-5519
14814904    #+Wendee Lopez,    1252 Fordham Drive, Apt 101,    Glendale Heights, IL 60139-4800
14814900      William LaFlamme,    109 Sylvia Lane,    Naperville, IL  60540-8015
14815007     +Winston & Strawn LLP,    35 West Wacker Drive,    Chicago, IL 60601-1695
14814978      Wisconsin Department of Revenue,    Special Procedures Unit,    P O Box 8901,
               Madison, WI 53708-8901
14815009     +XO Communications,    9201 N. Central Expressway,    Dallas, TX 75231-5916
14814882     +Yvette D. Holt,    1722 West Jarvis Ave.,    Chicago, IL 60626-1606

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14813290     +E-mail/Text: brian@bitlaw.org Feb 15 2014 01:26:03     AEL Financial, LLC,
               c/o Brian Ira Tanenbaum, Esq.,    2970 Maria Ave, Ste 207,    Northbrook, IL 60062-2024
14814804     +E-mail/Text: brian@bitlaw.org Feb 15 2014 01:26:03     AEL Financial, LLC,
               c/o Brian Ira Tanenbaum, Esq.,    Law Offices of Brian Ira Tanenbaum, Ltd.,
               2970 Maria Avenue, Suite 207,    Northbrook, IL 60062-2024
14814817     +E-mail/Text: g20956@att.com Feb 15 2014 01:26:32     AT&T Mobility,    P.O. Box 6483,
               Carol Stream, IL 60197-6483
14814815     +E-mail/Text: autumn_quiring@teamcall.com Feb 15 2014 01:26:22      Arkadin Global Conferencing,
               150 East Campus View Boulevard,    Suite 220,   Columbus, OH 43235-6622
15555910     +E-mail/Text: dena.wood@dfa.arkansas.gov Feb 15 2014 01:23:08
               Arkansas Department of Finance & Administration,     P O Box 1272, Room 2380,
               Little Rock, AR 72203-1272
14814818     +E-mail/Text: tsommer@cybersource.com Feb 15 2014 01:26:16      Authorize Net,
               808 East Utah Valley Drive,    American Fork, UT 84003-9707
14814833     +E-mail/Text: collections@bluelynxmedia.com Feb 15 2014 01:26:12      Chicago Tribune,
               435 N. Michigan Avenue TT300,    Chicago, IL 60611-4066
14814836      E-mail/PDF: tacbnk@spike.dor.state.co.us Feb 15 2014 01:34:59      Colorado Department of Revenue,
               1375 Sherman Street, Rm. 504,    Denver, CO 80261-0004
14814838      E-mail/Text: legalcollections@comed.com Feb 15 2014 01:26:35      ComEd,   P.O. Box 6111,
               Carol Stream, IL 60197-6111
14814855      E-mail/Text: cio.bncmail@irs.gov Feb 15 2014 01:24:46      Department of the Treasury,
               Internal Revenue Service,    Odgen, UT  84201-0073
16337621     +E-mail/Text: cio.bncmail@irs.gov Feb 15 2014 01:24:46
               Department of the Treasury-Internal Revenue,    Service,    230 S. Dearborn Room 2600,
               M/S 5014CHI,   Chicago, IL 60604-1705
14814860      E-mail/Text: itcdbg@edd.ca.gov Feb 15 2014 01:25:10     Employment Development Department,
               State of California,    P.O. Box 826880,   MIC 04,    Sacramento, CA 94280-0001
14814890      E-mail/Text: bankruptcynotices@ingrammicro.com Feb 15 2014 01:25:03       Ingram Micro, Inc.,
               1759 Wehrle Dr.,    Williamsville, NY  14221
14814887     +E-mail/PDF: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV Feb 15 2014 01:38:28
               Indiana Department of Revenue,    P.O. Box 1028,    Indianapolis, IN 46206-1028
14814886     +E-mail/PDF: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV Feb 15 2014 01:38:28
               Indiana Department of Revenue,    Bankruptcy Section, N-240,    100 North Senate Avenue,
               Indianapolis, IN 46204-2253
14813302     +E-mail/Text: brian@bitlaw.org Feb 15 2014 01:26:03     Libertyville Bank & Trust Company,
               c/o Brian Ira Tanenbaum, Esq.,    2970 Maria Avenue, Ste 207,    Northbrook, IL 60062-2024
14814914     +E-mail/Text: BANKRUPTCY.OAC.TAXCOM@DOR.MS.GOV Feb 15 2014 01:25:25
               Mississippi Department of Revenue,    Bankruptcy Section,    P O Box 22808,
               Jackson, MS 39225-2808
14814917     +E-mail/Text: bankruptcy.notice@mutualofomaha.com Feb 15 2014 01:26:17       Mutual of Omaha,
               Mutual of Omaha Plaza,    Omaha, NE 68175-0001
```

```
District/off: 0752-1          User: dgomez                 Page 5 of 7                  Date Rcvd: Feb 14, 2014
                              Form ID: pdf006              Total Noticed: 244


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
15596516      +E-mail/Text: bankruptcy.notice@mutualofomaha.com Feb 15 2014 01:26:17
               Mutual of Omaha Insurance Company,    3-Law Operation,   Mutual of Omaha Plaza,
               Omaha, NE 68175-0001,    Attn: Mieko Young
14814920      +E-mail/Text: bankruptcydepartment@ncogroup.com Feb 15 2014 01:25:50
               NCO Financial Systems Inc.,    507 Prudential Road,   Horsham, PA 19044-2368
14814925       E-mail/Text: bankrup@aglresources.com Feb 15 2014 01:23:02      Nicor,   P.O. Box 0632,
               Aurora, IL 60507-0632
15981773      +E-mail/Text: bankrup@aglresources.com Feb 15 2014 01:23:02      Nicor Gas,    PO Box 549,
               Aurora IL 60507-0549
15412978      +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Feb 15 2014 01:25:17       Office of the U.S. Trustee,
               219 S. Dearborn St, Room 873,    Chicago, IL 60604-2027
19973889      +E-mail/Text: robert.doty@ohioattorneygeneral.gov Feb 15 2014 01:24:41
               Ohio Departmetn of Taxation,    c/o Robert L. Doty, AAG-Ohio,    One Government Center, Suite 1340,
               Toledo, Ohio 43604-2261,    419-245-2550,   FX 877-626-9294   robert.doty@ohioattorne
14814930       E-mail/Text: litinquiry@jfs.ohio.gov Feb 15 2014 01:26:14
               Ohio Dept. of Job and Family Services,    Bureau of Tax Operations,    P.O. Box 182413,
               Columbus, OH 43218-2413
14814938       E-mail/Text: bankruptcy@pb.com Feb 15 2014 01:26:37       Pitney Bowes,   P.O. Box 856460,
               Louisville, KY 40285-6460
15792233      +E-mail/Text: bankruptcy@sctax.org Feb 15 2014 01:26:25       SC Department of Revenue,
               P O Box 12265,    Columbia 29211-2265
14814967      +E-mail/Text: bankruptcy@sctax.org Feb 15 2014 01:26:25       South Carolina Department of Revenue,
               P.O. Box 125,    Columbia, SC 29214-0001
14814969       E-mail/Text: appebnmailbox@sprint.com Feb 15 2014 01:25:21      Sprint,    P.O. Box 7993,
               Overland Park, KS 66207-0993
14814972      +E-mail/Text: bankruptcy@revenue.alabama.gov Feb 15 2014 01:26:41      State of Alabama,
               Department of Revenue,    50 North Ripley Street,   Montgomery , AL 36132-0001
14814973       E-mail/Text: dena.wood@dfa.arkansas.gov Feb 15 2014 01:23:08      State of Arkansas,
               Department of Finance and Administration,    Sales and Use Tax Section,   P.O. Box 3566,
               Little Rock, AR 72203-3566
16004398      +E-mail/Text: UIInsolvCollections@dwd.wisconsin.gov Feb 15 2014 01:25:24
               State of Wisconsin, DWD-Unemployment Ins,    State of Wisconsin, DWD-UI,    P O Box 8914,
               Madison, WI 53708-8914
14814986      +E-mail/Text: ulinecollections@uline.com Feb 15 2014 01:26:16      Uline,   2200 S. Lakeside Drive,
               Waukegan, IL 60085-8311
14814992      +E-mail/Text: TXBANKRUPT@UTAH.GOV Feb 15 2014 01:23:08       Utah State Tax Commission,
               Taxpayer Services Division,    210 N. 1950 W,   Salt Lake City, UT 84134-9000
14815008      +E-mail/Text: brad.lee@xo.com Feb 15 2014 01:26:26      XO Communications,    8851 Sandy Pkwy,
               Sandy, UT 84070-6408
                                                                                               TOTAL: 35

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Legalpeople LLC
14814821*      +Bankfinancial FSB,   15W060 N. Frontage Road,    Burr Ridge, IL 60527-6928
14814830*      +CDW,   Attn: Vida Krug,   200 N. Milwaukee Avenue,    Vernon Hills, IL 60061-1577
14814854*     ++CONNECTICUT DEPARTMENT OF REVENUE SERVICES,    C & E DIVISION BANKRUPTCY UNIT,
                 25 SIGOURNEY STREET,   HARTFORD CT 06106-5041
               (address filed with court: Department of Revenue Services,     State of Connecticut,
                 25 Sigourney Street, Suite 2,   Hartford, CT 06106-5032)
14814839*       Comerica Bank,   P.O. Box 641618,   Detroit, MI 48264-1618
14814841*      +Community Bank of Ravenswood,   2300 W. Lawrence,    Chicago, IL 60625-1914
14814853*       Dell Marketing L.P.,   c/o Dell USA L.P.,   P.O. Box 534118,    Atlanta, GA 30353-4118
14814869*      +First Eagle National Bank,   1040 Lake Street,    Hanover Park, IL 60133-5466
14814880*      +Highland Community Bank,   1701 W. 87th Street,    Chicago, IL 60620-4899
15501215*      +Johnny Davis,   823 Summit Creek Drive,   Shorewood, IL 60404-8264
14814903*      +Libertyville Bank & Trust Company,    c/o Brian Ira Tanenbaum, Esq.,
                2970 Maria Avenue, Suite 207,   Northbrook, IL 60062-2024
14814949*       Republic Bank of Chicago,   2221 Camden Court,    Oak Brook, IL 60523-4516
14814954*      +Rockwell Financial,   c/o Steven E. Abelman, Esq.,    410 17th Street, Suite 2200,
                Denver, CO 80202-4432
14814955*      +Rockwell Financial,   9085 E. Mineral Circle,    Suite 320,   Centennial, CO 80112-3431
16300232*     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Department of Treasury,   Division of Taxation,
                 P O Box 245,   Trenton, NJ  08695)
14814971*      +Staples Business Advantage,   500 Staples Drive,    Framingham, MA 01702-4474
14814999*      +Viztek, LLC,   6491 Powers Avenue,   Jacksonville, FL 32217-2821
14815003*      +Wells Fargo Equipment Finance, Inc.,    733 Marquette Avenue, Suite 700,
                Minneapolis, MN 55402-2309
aty           ##+Stetler & Duffy, Ltd.,   11 South LaSalle Street,    Suite 1200,   Chicago, IL 60603-1208
14813293      ##+Arrow Electronics, Inc,   220 Rabro Drive East,    Hauppauge, NY 11788-4232
15560427      ##+Arrow Electronics, Inc., a Delaware Corporation,    c/o Galen of Davis, LLP,
                Jeffrey M. Galen, Esq.,   16255 Ventura Blvd., Suite 900,    Encino, CA 91436-2317
14814849      ##+CyberSource,   1295 Charleston Road,   Mountain View, CA 94043-1307
15247422      ##+Dell Marketing, L.P.,   c/o Sabrina L. Streusand, Esq.,    Streusand & Landon, LLP,
                515 Congress Avenue, Ste. 2523,   Austin, Texas 78701-3504
14814810      ##+Jim Ammirati,   4641 N. Magnolia, Unit 3N,   Chicago, IL 60640-4764
16269153      ##+Kristen L. Rhodes,   3837 N. Long Ave.,   Chicago, IL 60641-2541
```

Case 09-36439    Doc 251    Filed 02/14/14    Entered 02/16/14 23:34:59    Desc Imaged
                          Certificate of Notice    Page 16 of 17

```
District/off: 0752-1          User: dgomez               Page 6 of 7                   Date Rcvd: Feb 14, 2014
                              Form ID: pdf006            Total Noticed: 244


              ***** BYPASSED RECIPIENTS (continued) *****
14814874     ##+Lisa Frosheiser,    225 Breeze Dr.,    Murfreesboro, TN 37129-3952
14814857     ##+Melanie Eggleston,    2441 Shasta Drive,    Lisle, IL 60532-2066
14814894     ##+Michael Johnson,    3651 N. Damen Ave.,    Chicago, IL 60618-4951
15636229     ##+Mike Bazley,    8226 Tanya Ln.,    Sacramento, CA 95828-4521
14814919     ##+Nationwide Recovery Systems,    2304 Tarpley Drive #134,    Carrollton, TX 75006-2470
14814846     ##+Ned W. Covic,    1015 East Talbot Street,    Arlington Heights, IL 60004-5072
14814831     ##+Roland Chavez,    2862 Horizon Trail,    New Lenox, IL 60451-3284
14814899     ##+Shawn Kujak,    138 Steamboat Lane,    Bolingbrook, IL 60490-1009
14813311     ##+Viztek, LLC,    6491 Powers Avenue,    Jacksonville, FL 32217-2821
14814957     ##+Wade Scheffner,    511 Chamberlain Lane #211,    Naperville, IL 60540-9286
                                                                                      TOTALS: 1, * 17, ## 17
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2014                              Signature:  /s/Joseph Speetjens

_____

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 13, 2014 at the address(es) listed below:
              Ann M Bredin    on behalf of Creditor    The PrivateBank, LLC abredin@mpslaw.com,
               dnichols@mpslaw.com
              Brendan J. Nelligan    on behalf of Creditor    FGMK, LLC bnelligan@pretzel-stouffer.com,
               tcook@pretzel-stouffer.com
              Brian Ira Tanenbaum    on behalf of Creditor    AEL Financial,LLC brian@bitlaw.org
              Celine E Jackson    on behalf of Creditor    Massachusetts Department of Revenue
               jacksonc@dor.state.ma.us
              Christopher J Harney    on behalf of Plaintiff    Gus A. Paloian, not individually but solely as
               Chapter 7 Trustee for Sysix Technologies, LLC charney@seyfarth.com,
               ctholen@seyfarth.com;chidocket@seyfarth.com
              Christopher J Harney    on behalf of Trustee Gus A Paloian charney@seyfarth.com,
               ctholen@seyfarth.com;chidocket@seyfarth.com
              Colleen E McManus    on behalf of Petitioning Creditor    Comerica Bank cmcmanus@carlsondash.com,
               knoonan@carlsondash.com;tempsec@carlsondash.com
              Craig L Caesar    on behalf of Creditor    The Receivables Exchange, LLC ccaesar@mcglinchey.com,
               ataylor@mcglinchey.com
              David J Schwab    on behalf of Defendant Sarah  Sheaffer djschwab@rss-chtd.com,
               sgururajan@rss-chtd.com;vkingsley@rrs-chtd.com;dcasey@rss-chtd.com;jtolemy@rss-chtd.com;jobereine
               r@rss-chtd.com
              David J Schwab    on behalf of Defendant Michele  Sheaffer djschwab@rss-chtd.com,
               sgururajan@rss-chtd.com;vkingsley@rrs-chtd.com;dcasey@rss-chtd.com;jtolemy@rss-chtd.com;jobereine
               r@rss-chtd.com
              David J. Gold    on behalf of Creditor    Pinnacle Business Solutions, Inc. dgold@perkinscoie.com,
               jmatamoros@perkinscoie.com
              Debra Devassy Babu    on behalf of Creditor    Park National Bank n/k/a U.S. Bank
               ddevassy@askounisdarcy.com
              Faith Dolgin    on behalf of Creditor    Illinois Department Of Revenue faith.dolgin@illinois.gov
              Forrest B Lammiman    on behalf of Creditor    The PrivateBank, LLC flammiman@mpslaw.com,
               dkane@mpslaw.com;srogovin@mpslaw.com;dnichols@mpslaw.com;mpslawllc@gmail.com;jlitwin@mpslaw.com
              Gus A Paloian    on behalf of Attorney    Seyfarth Shaw LLP gpaloian@seyfarth.com,
               gpaloian@ecf.epiqsystems.com;gp@trustesolutions.net;jmcmanus@seyfarth.com
              Gus A Paloian     gpaloian@seyfarth.com,
               gpaloian@ecf.epiqsystems.com;gp@trustesolutions.net;jmcmanus@seyfarth.com
```

```
District/off: 0752-1          User: dgomez              Page 7 of 7              Date Rcvd: Feb 14, 2014
                              Form ID: pdf006           Total Noticed: 244
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      James B. Sowka   on behalf of Attorney   Seyfarth Shaw LLP jsowka@seyfarth.com, chidocket@seyfarth.com;ctholen@seyfarth.com
      James B. Sowka   on behalf of Trustee Gus A Paloian jsowka@seyfarth.com, chidocket@seyfarth.com;ctholen@seyfarth.com
      James B. Sowka   on behalf of Plaintiff   Gus A. Paloian, not individually but solely as Chapter 7 Trustee for Sysix Technologies, LLC jsowka@seyfarth.com, chidocket@seyfarth.com;ctholen@seyfarth.com
      Jeffrey L. Gansberg   on behalf of Petitioning Creditor   Comerica Bank jgansberg@muchshelist.com, nsulak@muchshelist.com
      John A Benson, Jr.   on behalf of Creditor   AEL Financial,LLC john@bitlaw.org, dwolski@nealwolflaw.com;sholstrom@nealwolflaw.com
      Jonathan M. Cyrluk   on behalf of Trustee Gus A Paloian cyrluk@carpenterlipps.com, haas@carpenterlipps.com
      Kurt M Carlson   on behalf of Petitioning Creditor   Comerica Bank kcarlson@carlsondash.com, knoonan@carlsondash.com
      Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
      Robert L Doty   on behalf of Creditor   Ohio Department Of Taxation robert.doty@ohioattorneygeneral.gov
      Ryan Pinkston   on behalf of Trustee Gus A Paloian rpinkston@seyfarth.com, chidocket@seyfarth.com;jwoods@seyfarth.com
      Thomas V Askounis   on behalf of Creditor   Park National Bank taskounis@askounisdarcy.com, akapai@askounisdarcy.com

                                                                                                 TOTAL: 27