UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>SYSIX TECHNOLOGIES, LLC,<br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 09-36439<br><br>Chapter: 7<br>Honorable Pamela S. Hollis |

### ORDER GRANTING SEYFARTH SHAW LLP'S FOURTH AND FINAL APPLICATION FOR COMPENSATION AND EXPENSE REIMBURSEMENT FOR PERIOD OF MARCH 1, 2013, THROUGH THE CLOSE OF THE CASE

Upon the consideration of the Fourth and Final Application for Compensation and Reimbursement of Expenses (the "Application") of Seyfarth Shaw LLP ("Seyfarth") as Counsel to Chapter 7 Trustee, Gus A. Paloian ("Trustee"), for the Period of March 1, 2013 through the Close of the Case, and for Other Related Relief; due and proper notice having been given; and the Court being fully advised in these premises:

IT IS HEREBY ORDERED that Seyfarth is allowed final compensation in the amount of $35,445.50 as reasonable compensation for actual and necessary legal services rendered to the Trustee;

IT IS FURTHER ORDERED that Seyfarth is allowed final reimbursement of expenses in the amount of $3,659.34 for actual and necessary expenses incurred in the performance of services rendered to the Trustee;

IT IS FURTHER ORDERED that the awards herein are allowed as an administrative expense of the Estate pursuant to 11 U.S.C. §§503(a) and (b), and 507 (a)(2); and

IT IS FURTHER ORDERED that Gus A. Paloian, not individually, but solely as the Debtor's Chapter 7 Trustee, is authorized to pay Seyfarth the amounts awarded from the funds in the Estate.

Enter:

Dated: MAR 20 2014

United States Bankruptcy Judge

**Prepared by:**
Gus A. Paloian (06188186)
James B. Sowka (6291998)
SEYFARTH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

Rev: 20120501_bko