UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>SYSIX TECHNOLOGIES, LLC,<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:  09-36439<br><br>Chapter:  7<br>Honorable Pamela S. Hollis |

## ORDER AWARDING THIRD AND FINAL TRUSTEE COMPENSATION

This matter coming to be heard on the Trustee's Third and Final Application for Compensation; due and proper notice having been given; and the Court being fully advised in these premises:

IT IS HEREBY ORDERED that Gus A. Paloian, Trustee is awarded final compensation in the amount of $237,890.26; and

IT IS FURTHER ORDERED that the Trustee is authorized to pay the balance of the final award, in the amount of $181,262.76, from the funds on hand in the Estate as part of his final distribution in this case.

Enter:

Dated: MAR 20 2014

United States Bankruptcy Judge

**Prepared by:**
Gus A. Paloian (06188186)
James B. Sowka (6291998)
SEYFARTH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

Rev: 20120501_bko