UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 09-36439 |
| SYSIX TECHNOLOGIES, LLC | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Pamela S. Hollis |
| | ) | |
| Debtor(s) | ) | |

### ORDER AWARDING FINAL COMPENSATION AND EXPENSE REIMBURSEMENT TO POPOWCER KATTEN, LTD. AS ACCOUNTANTS TO CHAPTER 7 TRSUTEE GUS A. PALOIAN

This matter coming to be heard on the First and Final Application for Allowance of Compensation and Expense Reimbursement of Popowcer Katten, Ltd., as Accountants to Gus A. Paloian, Trustee; due and proper notice having been given; and the Court being fully advised in these premises:

IT IS HEREBY ORDERED that Popowcer Katten, Ltd. is awarded final compensation in the amount of $13,549.00 and expense reimbursement in the amount of $30.10; and

IT IS FURTHER ORDERED that Gus A. Paloian, Trustee is authorized to pay the amounts awarded from the funds on hand in the estate as part of his final distribution in this case.

Enter:

Dated: MAR 20 2014

United States Bankruptcy Judge

**Prepared by:**
Gus A. Paloian (06188186)
James B. Sowka (6291998)
SEYFARTH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

Rev: 20120501_bko